1  **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
   JOHN T. JASNOCH (CA 281605)
2  600 W. Broadway, Suite 3300
   San Diego, CA 92101
3  Telephone: 619/233-4565
   619/233-0508 (fax)
4  jjasnoch@scott-scott.com

5  *Attorneys for Plaintiff Ani Hovhannisyan*

6  [Additional counsel on signature page.]

7

8                **UNITED STATES DISTRICT COURT**

9                **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIRK HIMMELBERG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VAXART, INC., CEZAR ANDREI FLOROIU, WOUTER W. LATOUR, M.D., STEVEN J. BOYD, KEITH MAHER, M.D., and ARMISTICE CAPITAL LLC,<br><br>Defendants. | Case No. 3:20-cv-05949-VC<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12(b) AND 7-11** |
| ANI HOVHANNISYAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VAXART, INC., ARMISTICE CAPITAL, LLC, CEZAR ANDREI FLOROIU, WOUTER W. LATOUR, M.D., STEVEN J. BOYD, and KEITH MAHER, M.D.,<br><br>Defendants. | Case No. 3:20-cv-06175-PJH |

Pursuant to Civil Local Rules 3-12(b) and 7-11 of the United States District Court for the Northern District of California, Plaintiff Ani Hovhannisyan ("Plaintiff") hereby moves the Court to consider whether this matter and *Himmelberg v. Vaxart, Inc.*, No. 3:20-cv-05949-VC, are related actions. In order of filing date, the matters submitted for determination under Civil Local Rule 3-12(b) are as follows (hereinafter, "Securities Actions"):

| Case Name | Case Number | Date Filed |
| --- | --- | --- |
| *Himmelberg v. Vaxart, Inc.* | 3:20-cv-05949 | August 24, 2020 |
| *Hovhannisyan v. Vaxart, Inc.* | 3:20-cv-06175 | September 1, 2020 |

Civil Local Rule 3-12(a) provides that an action is related to another when: "(1) [t]he actions concern substantially the same parties, property, transaction or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." These criteria are met here. The Securities Actions each bring class action claims on behalf of investors in Vaxart, Inc. ("Vaxart" or the "Company") under §§10(b) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act") (15 U.S.C. §§78j(b) and 78t(a)) and Securities and Exchange Commission ("SEC") Rule 10b-5 (17 C.F.R. §240.10b-5) promulgated thereunder, on behalf of the same proposed class, against the same defendants (the Company, Armistice Capital, LLC, Cezar Andrei Floroiu, Wouter W. Latour, M.D., Steven J. Boyd, and Keith Maher, M.D. (collectively, "Defendants")). Each complaint contains substantially similar allegations. Given that substantially similar parties, claims, and events are involved in each of the Securities Actions, there will be an unduly burdensome duplication of labor and expense, and potentially inconsistent results, if the Securities Actions were to be conducted before different judges. Accordingly, relating the Securities Actions will serve the interests of judicial economy and avoid the potential for conflicting results, consistent with Civil Local Rule 3-12(a). In furtherance of this motion, and in compliance with Civil Local Rule 7-11, Plaintiff obtained a stipulation from counsel in the *Himmelberg* action agreeing that this action should be deemed related to *Himmelberg*, the first-filed action. *See* Stipulation and [Proposed]

Order Relating Cases filed herewith.  For all the foregoing reasons, Plaintiff respectfully requests that this Court enter an order relating the Securities Actions.

DATED:  September 8, 2020

        **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

        /s/ John T. Jasnoch
        JOHN T. JASNOCH (CA 281605)
        600 W. Broadway, Suite 3300
        San Diego, CA 92101
        Telephone:  619/233-4565
        619/233-0508 (fax)
        jjasnoch@scott-scott.com

        THOMAS L. LAUGHLIN, IV (*pro hac vice* forthcoming)
        RHIANA L. SWARTZ (*pro hac vice* forthcoming)
        **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
        The Helmsley Building
        230 Park Avenue, 17th Floor
        New York, NY 10169
        Telephone:  212/233-6444
        212/233-6334 (fax)
        tlaughlin@scott-scott.com
        rswartz@scott-scott.com

        *Attorneys for Plaintiff Ani Hovhannisyan and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

Executed on September 8, 2020, at San Diego, California.

       /s/ John T. Jasnoch
JOHN T. JASNOCH (CA 281605)