1 | **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
JOHN T. JASNOCH (CA 281605)
2 | 600 W. Broadway, Suite 3300
San Diego, CA 92101
3 | Telephone: 619/233-4565
619/233-0508 (fax)
4 | jjasnoch@scott-scott.com

5 | *Attorneys for Plaintiff Ani Hovhannisyan*

6 | [Additional counsel on signature page.]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| KIRK HIMMELBERG, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:20-cv-05949-VC |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION REGARDING ADMINISTRATIVE MOTION TO RELATE CASES AND [PROPOSED] ORDER RELATING CASES** |
| VAXART, INC., CEZAR ANDREI FLOROIU, WOUTER W. LATOUR, M.D., STEVEN J. BOYD, KEITH MAHER, M.D., and ARMISTICE CAPITAL LLC, | |
| Defendants. | |
| ANI HOVHANNISYAN, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:20-cv-06175-PJH |
| Plaintiff, | |
| v. | |
| VAXART, INC., ARMISTICE CAPITAL, LLC, CEZAR ANDREI FLOROIU, WOUTER W. LATOUR, M.D., STEVEN J. BOYD, and KEITH MAHER, M.D., | |
| Defendants. | |

1  WHEREAS, on August 24, 2020, plaintiff Kirk Himmelberg filed a complaint alleging violation of the federal securities laws against Vaxart, Inc., certain of its current and former directors and officers, and Armistice Capital, LLC (collectively, "Defendants"), captioned *Himmelberg v. Vaxart, Inc.*, No. 3:20-cv-05949-VC ("*Himmelberg*"); and

WHEREAS, on September 1, 2020, plaintiff Ani Hovhannisyan filed a complaint alleging violation of the federal securities laws against the same Defendants, captioned *Hovhannisyan v. Vaxart, Inc.*, No. 3:20-cv-06175-PJH ("*Hovhannisyan*"); and

WHEREAS, counsel for Defendants have yet to enter an appearance in both actions;

WHEREAS, the plaintiffs believe these actions should be related because: (1) they are purported class actions asserting the same causes of action under §§10(b) and 20(a) of the Securities Exchange Act of 1934, against the same Defendants, and arising from the same circumstances; and (2) it would be unduly burdensome, involve unwarranted duplication of effort and expense, and give rise to the prospect of inconsistent or conflicting results if the cases were heard by different judges.

IT IS ACCORDINGLY STIPULATED, pursuant to Civil Local Rules 3-12, 7-11, and 7-12, by and between undersigned counsel for the *Himmelberg* and *Hovhannisyan* plaintiffs, that these matters should be related.

DATED:  September 8, 2020

| | |
|---|---|
| **SCOTT+SCOTT ATTORNEYS AT LAW LLP**  /s/ John T. Jasnoch  JOHN T. JASNOCH (CA 281605) 600 W. Broadway, Suite 3300 San Diego, CA 92101 Telephone:  619/233-4565 619/233-0508 (fax) jjasnoch@scott-scott.com  THOMAS L. LAUGHLIN, IV (*pro hac vice* forthcoming) RHIANA L. SWARTZ (*pro hac vice* forthcoming) The Helmsley Building 230 Park Avenue, 17th Floor New York, NY 10169 Telephone:  212/233-6444 | **HAGENS BERMAN SOBOL SHAPIRO LLP**  /s/ Reed R. Kathrein  REED R. KATHREIN (CA 139304) LUCAS E. GILMORE (CA 250893) 715 Hearst Avenue, Suite 202 Berkeley, CA 94710 Telephone: 510/725-3000 510/725-3001 reed@hbsslaw.com lucasg@hbsslaw.com  STEVE W. BERMAN (*pro hac vice* forthcoming) 1301 Second Avenue, Suite 2000 Seattle, WA 98101 Telephone: 206/623-7292 206/623-0594 (fax) |

1
STIPULATION REGARDING ADMINISTRATIVE MOTION TO RELATE CASES AND [PROPOSED] ORDER
RELATING CASES – CASE NO. 3:20-CV-05949-VC

| | |
|---|---|
| 212/233-6334 (fax) | steve@hbsslaw.com |
| tlaughlin@scott-scott.com | |
| rswartz@scott-scott.com | *Attorneys for Plaintiff Kirk Himmelberg* |

*Attorneys for Plaintiff Ani Hovhannisyan*

## ATTESTATION

Pursuant to Local Rule No. 5-1(i)(3), all signatories concur in filing this Stipulation.

DATED: September 8, 2020         /s/ John T. Jasnoch
                                 John T. Jasnoch

* * *

## [PROPOSED] ORDER

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

DATED: _____, 2020

_____
HON. VINCENT CHHABRIA
UNITED STATES DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

Executed on September 8, 2020, at San Diego, California.

          /s/ John T. Jasnoch
          JOHN T. JASNOCH (CA 281605)

3

STIPULATION REGARDING ADMINISTRATIVE MOTION TO RELATE CASES AND [PROPOSED] ORDER RELATING CASES – CASE NO. 3:20-CV-05949-VC