| | |
|---|---|
| 1 | **JOHNSON FISTEL, LLP** |
| | Frank J. Johnson (SBN 174882) |
| 2 | FrankJ@johnsonfistel.com |
| | Brett M. Middleton (SBN 199427) |
| 3 | BrettM@johnsonfistel.com |
| | Reed F. Baker (SBN 322027) |
| 4 | ReedB@johnsonfistel.com |
| | 655 West Broadway, Suite 1400 |
| 5 | San Diego, CA 92101 |
| | Telephone: (619) 230-0063 |
| 6 | Facsimile: (619) 255-1856 |
| 7 | *Counsel for Movant Trudy York* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIRK HIMMELBERG, Individually and On Behalf of All Other Similarly Situated, | Case No.: 3:20-cv-05949-VC |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | Judge: Hon. Vince Chhabria |
| VAXART, INC., CEZAR ANDREI FLOROIU, WOUTER W. LATOUR, M.D., STEVEN J. BOYD, KEITH MAHER, M.D., and ARMISTICE CAPITAL LLC, | Date Action Filed: |
| Defendants. | |

1    PLEASE TAKE NOTICE that movant Trudy York hereby voluntarily dismisses her
2    claims without prejudice to her ability to participate in this consolidated action as an absent class
3    member.  Ms. York's counsel, Frank J. Johnson, Brett M. Middleton, and Reed F. Baker of
4    Johnson Fistel, LLP, are also concurrently filing a Notice of Request for Withdrawal of Counsel
5    in this action.  The class's interests will continue to be represented by Hagens Berman Sobol
6    Shapiro LLP, Court-appointed Lead Counsel.

Respectfully Submitted,

Dated:  December 31, 2020       **JOHNSON FISTEL, LLP**

By: */s/ Brett M. Middleton*
    BRETT M. MIDDLETON

    FRANK J. JOHNSON
    REED F. BAKER
    655 West Broadway, Suite 1400
    San Diego, CA 92101
    Telephone: (619) 230-0063
    Facsimile: (619) 255-1856
    FrankJ@johnsonfistel.com
    BrettM@johnsonfistel.com
    ReedB@johnsonfistel.com