UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK HIMMELBERG, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>VAXART, INC., et al.,<br><br>　　　　Defendants. | Case No. 20-cv-05949-VC<br><br>**ORDER TO SHOW CAUSE** |
| PHILLIP CHAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VAXART, INC., et al.,<br><br>　　　　Defendants. | Case No. 21-cv-00163-JCS   (VC) |

　　The Court having granted the motion to relate the Chan case, the parties are ordered to show cause as to why that case should not be stayed while the consolidated class action is pending. The lead plaintiffs in the consolidated action and the joint defendants are to file briefs no later than 14 days from the date of this order; Chan is to file his brief 14 days after that. Each brief should not exceed 10 pages. A hearing is set for Thursday, April 1, 2021 at 2:00 p.m.

　　**IT IS SO ORDERED.**

Dated: February 23, 2021

　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　United States District Judge