UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re VAXART, INC. SECURITIES LITIGATION | Case No. 20-cv-05949-VC <br><br> **ORDER REGARDING HEARING** <br> Re: Dkt. Nos. 99, 101 |

      For tomorrow's hearing, the parties should consider the following:

      Assume that the plaintiffs have adequately alleged that the headline in the Operation Warp Speed press release, along with Andrei Floroiu's quote in that press release, are misleading. Assume further that a responsible investor who is reasonably educated about Operation Warp Speed and who reads the press release carefully would realize that the headline and Floroiu's quote are misleading, and therefore would not make investment decisions based on the misimpression that Vaxart was poised to receive a massive infusion of federal funding. Finally, assume that the defendants were aware that the misleading headline and quote would likely create an artificial, temporary "pop" in the stock price based on a superficial, knee-jerk reaction to the headline and quote by investors and the media. Do these facts give rise to a claim under the Private Securities Litigation Reform Act? Which cases speak most closely to this fact pattern?

      To be clear, while the parties are free to dispute the assumptions set forth in the preceding paragraph, they must begin the hearing by accepting them for argument's sake and explaining what the outcome should be in light of them.

      **IT IS SO ORDERED.**

Dated: May 12, 2021

_____
VINCE CHHABRIA
United States District Judge