| | |
|---|---|
| 1 | Reed R. Kathrein (139304) |
| 2 | Lucas E. Gilmore (250893) |
|   | **HAGENS BERMAN SOBOL SHAPIRO LLP** |
| 3 | 715 Hearst Avenue, Suite 202 |
|   | Berkeley, CA 94710 |
| 4 | Telephone: (510) 725-3000 |
|   | Facsimile: (510) 725-3001 |
| 5 | reed@hbsslaw.com |
|   | lucasg@hbsslaw.com |
| 6 | *Lead Counsel for Plaintiffs* |
| 7 | Riccardo M. DeBari (*pro hac vice*) |
|   | **THOMPSON HINE LLP** |
| 8 | 335 Madison Avenue |
|   | 12th Floor |
| 9 | New York, NY 10017 |
|   | Telephone: (212) 344-5680 |
| 10 | Riccardo.DeBari@thompsonhine.com |
| 11 | *Counsel for Settling Defendants Vaxart, Inc.,* |
|   | *Andrei Floroiu, Wouter W. Latour, M.D.,* |
| 12 | *Todd C. Davis, Michael J. Finney,* |
| 13 | *Robert A. Yedid, and Sean N. Tucker* |
| 14 | |
| 15 | [additional counsel on signature page] |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re VAXART, INC. SECURITIES LITIGATION | Case No. 3:20-cv-05949-VC-KAW |
| | CLASS ACTION |
| | **NOTICE OF PARTIAL SETTLEMENT** |
| *This Document Relates to:*  ALL ACTIONS | Judge: Vince Chhabria |

Lead Plaintiffs Wei Huang and Langdon Elliot and Additional Plaintiff Ani Hovhannisyan (together, "Plaintiffs") respectfully write to notify the court that (i) Plaintiffs, (ii) Defendant Vaxart, Inc. ("Vaxart"), and (iii) certain current or former Vaxart officers and/or directors, namely Defendants Andrei Floroiu ("Floroiu"), Wouter W. Latour ("Latour"), Todd Davis ("Davis"), Michael Finney ("Finney"), Robert Yedid ("Yedid") and Sean Tucker ("Tucker") (collectively, with Defendant Vaxart, the "Settling Defendants"), have reached a partial settlement that purports to resolve all claims in this matter against (1) Vaxart; (2) all Individual Defendants, including Defendants Stephen Boyd and Keith Maher, in their respective capacities as current or former officers or directors of Vaxart (together, with Vaxart, the "Released Defendant Persons"[1]), and (3) Related Persons. *See* Stipulation of Settlement (Ex. A) (further defining settlement terms). The partial settlement does not reach Armistice nor Boyd and Maher, who are not signatories to the agreement, other than in their capacities as officers and directors of Vaxart. Plaintiffs intend to file, or seek leave to file, an amended complaint against Armistice, Boyd, and Maher. Plaintiffs are in the process of preparing a motion for preliminary approval in compliance with this Court's standing order.

Respectfully submitted,

DATED: July 27, 2022                HAGENS BERMAN SOBOL SHAPIRO LLP

/s/ Reed R. Kathrein
Reed R. Kathrein (139304)

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

---

[1] The noticed settlement's definition of "Released Defendant Persons" specifically excludes: (a) Armistice; (b) the Armistice Entities; (c) Armistice's and the Armistice Entities' respective Related Persons in their capacities as such (including Boyd and Maher in their Armistice capacities); and (d) Floroiu's, Latour's, Davis's, Finney's, Yedid's, Tucker's, Boyd's and Maher's respective Related Persons insofar as such Related Person's liability to any Settlement Class Member derives from or is based upon acts or omissions of Floroiu, Latour, Davis, Finney, Yedid, Tucker, Boyd or Maher that were made in any capacity other than their respective capacities as a Vaxart officer or director.

NOTICE OF SETTLEMENT – 1
Master Case No. 3:20-cv-05949-VC-KAW

Steven W. Berman (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Raffi Melanson (*pro hac vice*)
55 Cambridge Pkwy, Suite 301
Cambridge, MA 02141
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
raffim@hbsslaw.com

*Lead Counsel for Plaintiffs*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
John T. Jasnoch (281605)
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
jjasnoch@scott-scott.com

William C. Fredericks (*pro hac vice*)
Jeffrey P. Jacobson (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 233-6444
Facsimile: (212) 233-6334
wfredericks@scott-scott.com
jjacobson@scott-scott.com

**THE SCHALL LAW FIRM**
Brian J. Schall (290685)
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: (310) 301-3335
Facsimile: (310) 388-0192
brian@schallfirm.com

*Additional Counsel for Plaintiffs*

NOTICE OF SETTLEMENT – 2
Master Case No. 3:20-cv-05949-VC-KAW

**THOMPSON HINE LLP**
Riccardo M. DeBari
Renee Zaytsev
Brian Lanciault
335 Madison Avenue, 12th Floor
New York, NY  10017-4611
Telephone: (212) 344-5680
Riccardo.DeBari@thompsonhine.com
Renee.Zaytsev@thompsonhine.com
Brian.Lanciault@thompsonhine.com

*Counsel for Settling Defendants*

**GOODWIN PROCTER LLP**
Jonathan A. Shapiro (SBN 257199)
Three Embarcadero Center
Suite 2800
San Francisco, CA 94111
Telephone: (415) 733-6000
jshapiro@goodwinlaw.com

*Additional Counsel for Settling Defendants*

NOTICE OF SETTLEMENT – 3
Master Case No. 3:20-cv-05949-VC-KAW