UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re VAXART, INC. Securities Litigation | Case No. 20-cv-05949-VC<br><br>**MAILING RECEIVED IN CONNECTION WITH CLASS ACTION SETTLEMENT** |

    Attached to this order is a mailing received by the Court in connection with the class settlement after preliminary approval was granted. The mailing has been redacted to protect personal information.

    **IT IS SO ORDERED.**

Dated: January 6, 2023

VINCE CHHABRIA
United States District Judge