# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re VAXART, INC. SECURITIES LITIGATION | Case No. 3:20-cv-05949-VC <br><br> <u>CLASS ACTION</u> <br><br> [PROPOSED] **JUDGMENT PURSUANT TO RULE 54(b)** <br><br> Judge Vince Chhabria |
| *This Document Relates to:* <br><br>    ALL ACTIONS | |

    1.    In accordance with and subject to the Stipulation and Agreement of [Partial] Settlement in this matter dated July 27, 2022 (the "Stipulation") (ECF No. 224-2), the claims asserted in the above-captioned securities class action are hereby (a) **DISMISSED WITH PREJUDICE** as to Settling Defendant Vaxart, Inc. ("Vaxart") and (b) **DISMISSED WITH PREJUDICE** as to additional Settling Defendants Andrei Floroiu, Wouter Latour, Todd Davis, Michael Finney, Robert Yedid, and Sean Tucker, but only in their capacities as current or former officers or directors of Vaxart.

    2.    Pursuant to Rule 54(b), the Court directs the entry of this final judgment as to each of the above-referenced Settling Defendants, having determined that there is no just reason for delay.

    3.    Without affecting the finality of this Judgment, the Court reserves jurisdiction over Plaintiffs, the Settlement Class, and the Settling Defendants, as those terms are defined in the

Stipulation, as to all matters concerning administration, consummation, and enforcement of the Stipulation.

SO ORDERED this 25th day of January, 2023.

_____
THE HONORABLE VINCE CHHABRIA
United States District Judge