UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK HIMMELBERG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> VAXART, INC., et al., <br><br> Defendants. | Case No. 20-cv-05949-VC <br><br> **ORDER RE MOTIONS TO SEAL** <br><br> Re: Dkt. Nos. 247, 260 |

The motions to seal, Dkt. Nos. 247, 260, are denied, except as to any email addresses and phone numbers. Unredacted versions of any documents that have not already been filed on the docket should be filed within 7 days of this order.

**IT IS SO ORDERED.**

Dated: June 22, 2023

VINCE CHHABRIA
United States District Judge