Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Counsel for Proposed Class Representatives Wei Huang and Langdon Elliott*

William C. Fredericks (*pro hac vice*)
Jeffrey P. Jacobson (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 233-6444
Facsimile: (212) 233-6334
wfredericks@scott-scott.com
jjacobson@scott-scott.com

*Counsel for Proposed Class Representative Ani Hovhannisyan*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

In re VAXART, INC. SECURITIES LITIGATION

*This Document Relates to:*
*ALL ACTIONS*

Case No. 3:20-cv-05949-VC

CLASS ACTION

**DECLARATION OF REED R. KATHREIN IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES, AND APPOINTMENT OF CLASS COUNSEL**

I, Reed R. Kathrein, declare as follows:

1. I am a partner with the law firm of Hagens Berman Sobol Shapiro LLP, counsel for Proposed Class Representatives Wei Huang and Langdon Elliott in this action. I have personal knowledge of the matters described in this declaration and I am competent to testify thereto.

2. I submit this declaration in support of Plaintiffs' Renewed Motion for Class Certification, filed concurrently herewith.

3. Attached hereto as **Exhibit A** is a true and correct copy of the Expert Report of Matthew Cain, Ph.D., dated July 30, 2024, and the accompanying exhibits thereto.

4. Attached hereto as **Exhibit B** is a true and correct copy of the June 25, 2020 Vaxart Press Release titled "Vaxart, Inc. Signs Memorandum of Understanding with Attwill Medical Solutions Sterilflow, LP, Enabling Production of A Billion or More COVID-19 Vaccine Doses Per Year …."

5. Attached hereto as **Exhibit C** is a true and correct copy of the June 26, 2020 Vaxart Press Release titled "Vaxart's COVID-19 Vaccine Selected for the U.S. Government's Operation Warp Speed."

6. Attached hereto as **Exhibit D** is a true and correct excerpt of a Trade Blotter for Armistice's Sales of Vaxart Securities on June 26 and June 29, 2020, as produced by Defendants and subsequently adjusted (columns adjusted/hidden) to enhance readability.

7. Attached hereto as **Exhibit E** is a true and correct copy of the SEC Form 4 filed for Armistice Capital, LLC on June 30, 2020.

8. Attached hereto as **Exhibit F** is a true and correct copy of a July 1, 2020 Report by Morgan Stanley titled "COVID vaccine candidate delivers booster."

9. Attached hereto as **Exhibit G** is a true and correct copy of the July 25, 2020 article by *The New York Times* titled "Corporate Insiders Pocket $1 Billion in Rush for Coronavirus Vaccine."

10. Attached hereto as **Exhibit H** is a true and correct copy of the July 25, 2020 Twitter posts from the account for the U.S. Department of Health and Human Services about Vaxart.

11. Attached hereto as **Exhibit I** is a true and correct copy of the June 29, 2020 Genetic Engineering and Biotechnology News article titled "Vaxart Oral COVID-19 Vaccine Joins Trump's 'Warp Speed,' Ramps Up Manufacturing Capacity."

12. Attached hereto as **Exhibit J** is a true and correct copy of the July 6, 2020 Seeking Alpha article titled "Vaxart's Technology Could Be A COVID-19 Game Changer."

13. Attached hereto as **Exhibit K** is a true and correct copy of the July 15, 2020 Investors Alley article titled "VXRT Stock Price Jumps on COVID-19 Operation Warp Speed Announcement."

14. Attached hereto as **Exhibit L** is a true and correct copy the July 22, 2020 *The Motley Fool* article titled "Everything You Need to Know About Operation Warp Speed's Coronavirus Vaccine Accelerator."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 30th day of July, 2024, in Berkeley, California

*/s/ Reed R. Kathrein*
REED R. KATHREIN