**AKIN GUMP STRAUSS HAUER & FELD LLP**
NEAL R. MARDER (SBN 126879)
JOSHUA A. RUBIN (SBN 308421)
SINA SAFVATI (SBN 313287)
LILLIAN RAND (SBN 341581)
1999 Avenue of the Stars, Suite 600
Los Angeles, California 90067
Email: nmarder@akingump.com
rubinj@akingump.com
ssafvati@akingump.com
lrand@akingump.com

Attorneys for Defendants ARMISTICE CAPITAL, LLC, ARMISTICE MASTER FUND, LTD, STEVEN J. BOYD, and KEITH MAHER, M.D.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re VAXART, INC. SECURITIES LITIGATION | Lead Case No. 3:20-cv-05949-VC<br><br>District Judge: Hon. Vince Chhabria<br><br><u>CLASS ACTION</u> |
| This Document Relates to:<br>ALL ACTIONS | **DECLARATION OF JOSHUA RUBIN IN SUPPORT OF ARMISTICE DEFENDANTS' OPPOSITION TO PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES, AND APPOINTMENT OF CLASS COUNSEL** |

I, Joshua Rubin, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California, and I am counsel with the law firm Akin Gump Strauss Hauer & Feld LLP, attorneys of record for Defendants Armistice Capital, LLC, Armistice Master Fund, Ltd, Steven J. Boyd, and Keith Maher, M.D. in this matter (collectively "Armistice Defendants").

2. I am familiar with the facts of the case and have personal knowledge of the facts set forth herein and, if called upon as a witness, I could and would testify competently thereto under oath.

3. I submit this declaration in support of Armistice Defendants' Opposition to Plaintiffs' Renewed Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel.

4. A true and correct copy of the Expert Report of Jennifer Marietta-Westberg, Ph.D. is attached hereto as **Exhibit A**.

5. Excerpts from a true and correct copy of the deposition transcript of Vaxart 30(b)(6) representative Edward Berg dated June 6, 2024 are attached hereto as **Exhibit B**.

6. Excerpts from a true and correct copy of the deposition transcript of Plaintiffs' expert Dr. Matthew Cain dated August 13, 2024 are attached hereto as **Exhibit C**.

7. Excerpts from a true and correct copy of the deposition transcript of Attwill 30(b)(6) representative William L.C. Jackson dated April 26, 2024 are attached hereto as **Exhibit D**.

8. Excerpts from a true and correct copy of the deposition transcript of Sean Tucker dated April 27, 2024 are attached hereto as **Exhibit E**.

9. Excerpts from a true and correct copy of the deposition transcript of Andrei Floroiu dated June 13, 2024 are attached hereto as **Exhibit F**.

10. Excerpts from a true and correct copy of the deposition transcript of Brant Biehn dated March 26, 2024 are attached hereto as **Exhibit G**.

11. Excerpts from a true and correct copy of the deposition transcript of Lead Plaintiff Wei Huang dated February 28, 2024 are attached hereto as **Exhibit H**.

12. Excerpts from a true and correct copy of the deposition transcript of Tanima Sinha dated April 24, 2024 are attached hereto as **Exhibit I**.

13. Plaintiffs' Responses to Armistice Defendants' Second Set of Interrogatories are attached hereto as **Exhibit J**.

14. A true and correct copy of a June 9, 2020 email and attachment from Brant Biehn to Hans Herklots, David Holmes and Wouter Latour produced by Vaxart Defendants in this litigation with Bates numbers VXRTDEF-CA-0000001276 – 78 is attached hereto as **Exhibit K**.

15. A true and correct copy of an email chain from June 11, 2020 with Sean Tucker, Brant Biehn, and Wouter Latour produced by Vaxart Defendants in this litigation with Bates numbers VXRTDEF-CA-0000000142 – 43 is attached hereto as **Exhibit L**.

16. A true and correct copy of an email chain from June 26, 2020 with Andrei Floroiu, Hans Herklots, Brant Biehn, and David Holmes produced by Vaxart Defendants in this litigation with Bates numbers VXRTDEF-CA-0000043050 – 51 is attached hereto as **Exhibit M**.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed on this 27th day of August, 2024 at Los Angeles, California.

Joshua Rubin