# Exhibit B

# [Filed Conditionally Under Seal]