# Exhibit D

# [Filed Conditionally Under Seal]