# Exhibit E

# [Filed Conditionally Under Seal]