# Exhibit F

# [Filed Conditionally Under Seal]