# Exhibit G

# [Filed Conditionally Under Seal]