# Exhibit H

# [Filed Conditionally Under Seal]