# Exhibit I

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re VAXART, INC. )
SECURITIES LITIGATION )Lead Case No.
________________________ )3:20-cv-05949-VC

REMOTE VIDEOTAPED DEPOSITION OF
TANIMA SINHA
Silver Springs, Maryland
Wednesday, April 24, 2024

Reported By:
CATHI IRISH, RPR, CRR, CLVS

to direct your attention to Dr. Tucker's e-mail on June 2nd at 1:12 p.m. Do you see that?

A. I do.

Q. Dr. Tucker writes in his e-mail, the second sentence, we're a public company and our participation in OWS might be considered material. Who do we need to discuss with about putting out a press release?

Do you see that?

A. I do.

Q. In your view, at this time, June 2020, was Operation Warp Speed an important government initiative?

MR. MELANSON: Objection to form.

THE WITNESS: Yes.

BY MR. RUBIN:

Q. Were you surprised that Vaxart believed that its participation in Operation Warp Speed might be considered material?

MR. MELANSON: Objection to form.

THE WITNESS: No, not surprised.

SINHA

BY MR. RUBIN:

Q. And why do you say that?

A. OWS, Operation Warp Speed was at the forefront during the COVID response. It was in the news every day and being a part of it would further their science.

Q. And if you look at your response to Dr. Tucker, why don't you just read your -- just the first paragraph of your e-mail in response to Dr. Tucker.

A. Since you're not under BARDA contract, you don't have to get it cleared from us. If you like, you may contact the OWS lead at the White House.

Q. In your response to Dr. Tucker, you did not tell Dr. Tucker not to issue a press release regarding their participation in Operation Warp Speed; is that correct?

MR. MELANSON: Objection to form.

THE WITNESS: Yes, that is correct.

BY MR. RUBIN:

Q. To your recollection, did you or

SINHA

Q. And you respond to that -- to Christy's -- sorry, excuse me. You respond to the e-mail and state -- excuse me.

So Clay Hughes is forwarding this e-mail to you and telling you to please forward Christy the e-mail sent to Vaxart and NantWorks to coordinate Vx testing in NHPs at Battelle?

Do you see that?

A. I do.

Q. Again, you were -- those were the two companies, Vaxart and NantK that were within BARDA's purview as part of the nonclinical OWS testing; is that right?

A. That is correct.

Q. I'm going to mark as -- or show you what's previously been marked as Exhibit 62. This is an e-mail Bates numbered HHS 1052.

Do you recognize this July 24, 2020 e-mail from you to Elleen Kane?

A. I do, yes.

Q. And just for context, this is the

SINHA

same date, July 24th, as the last e-mail thread we were just looking at.

A. Okay.

Q. You write -- can you read the first two sentences of your e-mail?

A. Yes. These are the four companies that are providing their vaccine candidates for testing in our nonclinical network. They all received letters asking them to participate in OWS. And then brackets, amongst others who declined.

Q. You then list four companies including Vaxart; correct?

A. Yes.

Q. A point of clarification, at times it looks like it's been referred to as NantKwest and at other times it's been NantWorks. Is it your understanding that this is the same company?

A. Yes, ImmunityBio, NantWorks, NantKworks, all the same entity.

Q. In this e-mail that you're sending to Ms. Kane, are you confirming to her that it was these four companies that

SINHA

had been invited to participate in OWS amongst others that had declined?

MR. MELANSON: Objection to form.

THE WITNESS: That's my understanding.

MR. RUBIN: I'm going to mark as Exhibit 360 an e-mail that has Bates number 889.

(Exhibit 360, document Bates labeled HHS0000889, marked for identification.)

BY MR. RUBIN:

Q. This is an e-mail that you're not copied on, but it appears to be an e-mail from Michael Caputo to David Gelles dated July 24, 2020 at 7:21 p.m. Do you see that?

A. I do.

Q. Take a second to review this statement. I just want to ask you were you involved in the drafting of this statement from Michael Caputo?

A. I was not involved.

Q. Do you know who was involved in

C E R T I F I C A T E

STATE OF NEW YORK )
: ss.
COUNTY OF NASSAU )

I, CATHI IRISH, a Registered Professional Reporter, Certified Realtime Reporter, and Notary Public within and for the State of New York, do hereby certify:

That TANIMA SINHA, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by the witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 25th day of April, 2024.

______________________________

CATHI IRISH, RPR, CRR, CLVS