# Exhibit K

# [Filed Conditionally Under Seal]