# Exhibit L

# [Filed Conditionally Under Seal]