# Exhibit M

# [Filed Conditionally Under Seal]