Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
reed@hbsslaw.com
lucasg@hbsslaw.com

*Lead Counsel*

[Additional counsel on signature page]

William C. Fredericks (*pro hac vice*)
Jeffrey P. Jacobson (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 233-6444
wfredericks@scott-scott.com
jjacobson@scott-scott.com

*Additional Counsel*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

In re VAXART, INC. SECURITIES LITIGATION

This Document Relates to:
ALL ACTIONS

Case No. 3:20-cv-05949-VC-KAW

CLASS ACTION

**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL REFERENCED IN PLAINTIFFS' MOTION FOR AN EVIDENTIARY HEARING SHOULD BE SEALED**

Judge: Hon. Vince Chhabria

Pursuant to Local Rules 7-11 and 79-5(f), and Paragraphs 33-37 of the Court's Standing Order for Civil Litigation, Lead Plaintiffs Wei Huang and Langdon Elliott and Additional Plaintiff Ani Hovhannisyan (together, "Plaintiffs") respectfully request that this Court preliminarily seal portions of Plaintiffs' Motion for an Evidentiary Hearing ("Motion"), Declaration of Jeffrey P. Jacobson in Support of Plaintiffs' Motion for an Evidentiary Hearing ("Ev. Decl."), and certain exhibits attached to the Ev. Decl. which reference and/or quote another party's materials that have been designated as confidential, pending a final determination as to whether such material should be sealed.

Subsection (f) of Local Rule 79-5 sets forth the procedures that apply when a party seeks to file information designated as confidential by another party or non-party. This administrative motion is based on the designation of information produced in this litigation as confidential or otherwise protected from public disclosure by Defendants Armistice Capital, LLC, Armistice Capital Master Fund, Ltd., Steven J. Boyd, and Keith Maher (collectively, the "Armistice Defendants"). The materials provisionally filed under seal are as follows:

- **Plaintiffs' Motion for an Evidentiary Hearing**, which contains, references, and/or quotes material designated as confidential by the Armistice Defendants (redacted).
- **Exhibit A to the Ev. Decl.**: a document produced by Defendant Boyd's cell carrier and contains sensitive, personal information gathered using information designated as confidential by the Armistice Defendants (filed under seal in its entirety).
- **Exhibit B to the Ev. Decl.**: a document produced by Defendant Boyd's cell carrier and contains sensitive, personal information gathered using information designated as confidential by the Armistice Defendants (filed under seal in its entirety).
- **Exhibit D to the Ev. Decl.**: the July 3, 2024 deposition transcript of Defendant Steven J. Boyd, which was designated confidential by the Armistice Defendants (filed under seal in its entirety).

- **Exhibit E to the Ev. Decl.**: the July 10, 2024 deposition transcript of Defendant Keith Maher, which was designated confidential by the Armistice Defendants (filed under seal in its entirety).
- **Exhibit F to the Ev. Decl.**: email correspondence between Plaintiffs' Counsel and Defendants' Counsel, which contains, references, and/or quotes material designated as confidential by the Armistice Defendants (filed under seal in its entirety).

Plaintiffs take no position regarding whether the documents and/or material identified above should be sealed. Pursuant to subsection (f)(3) of Local Rule 79-5, the Armistice Defendants have seven (7) days to file a declaration identifying the designated material they contend is "sealable."

DATED: September 4, 2024

Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

/s/ *Reed R. Kathrein*

Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Raffi Melanson (*pro hac vice*)
1 Faneuil Hall Square, 5th Floor
Boston, MA 02109
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
raffim@hbsslaw.com

*Lead Counsel*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
John T. Jasnoch (281605)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
jjasnoch@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
William C. Fredericks (*pro hac vice*)
Jeffrey P. Jacobson (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 233-6444
Facsimile: (212) 233-6334
wfredericks@scott-scott.com
jjacobson@scott-scott.com

**THE SCHALL LAW FIRM**
Brian J. Schall (290685)
2049 Century Park East, Ste. 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
Facsimile: (213) 519-5876
brian@schallfirm.com

*Additional Counsel*