Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Counsel for Proposed Class Representatives Wei Huang and Langdon Elliott*

William C. Fredericks (*pro hac vice*)
Jeffrey P. Jacobson (*pro hac vice*)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 233-6444
Facsimile: (212) 233-6334
wfredericks@scott-scott.com
jjacobson@scott-scott.com

*Counsel for Proposed Class Representative Ani Hovhannisyan*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

In re VAXART, INC. SECURITIES LITIGATION

*This Document Relates to:*
*ALL ACTIONS*

Case No. 3:20-cv-05949-VC

CLASS ACTION

**DECLARATION OF REED R. KATHREIN IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF RENEWED MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES, AND APPOINTMENT OF CLASS COUNSEL**

I, Reed R. Kathrein, declare as follows:

1. I am a partner with the law firm of Hagens Berman Sobol Shapiro LLP, counsel for Proposed Class Representatives Wei Huang and Langdon Elliott in this action. I have personal knowledge of the matters described in this declaration and I am competent to testify thereto.

2. I submit this declaration in support of Plaintiffs' Reply in Support of Renewed Motion for Class Certification, filed concurrently herewith.

3. Attached hereto as **Exhibit M** is a true and correct copy of the Expert Merits Rebuttal Report of Matthew D. Cain, Ph.D., dated September 17, 2024.

4. Attached hereto as **Exhibit N** are true and correct excerpts from the August 13, 2024 deposition of Matthew D. Cain.

5. Attached hereto as **Exhibit O** are true and correct excerpts from the March 26, 2020 deposition of Brant Biehn (Vaxart).

6. Attached hereto as **Exhibit P** are true and correct excerpts from the April 26, 2024 deposition of William Jackson, both in his individual capacity and as a Rule 30(b)(6) corporate designee of Attwill Medical Solutions.

7. Attached hereto as **Exhibit Q** are true and correct excerpts from the September 9, 2024 deposition of Jennifer Marietta-Westberg, Ph.D.

8. Attached hereto as **Exhibit R** is a true and correct copy of a May 27, 2020 Press Release issued by NantKwest and ImmunityBio titled "ImmunityBio & NantKwest Sign COVID-19 Joint Development, Manufacturing and Marketing Agreement; ImmunityBio Selected for 'Operation Warp Speed' to Develop Novel Adenovirus COVID-19 Vaccine."

9. Attached hereto as **Exhibit S** is a true and correct copy of a June 1, 2020 article by *Science* magazine titled "Operation Warp Speed Selects Billionaire Scientist's COVID-19 Vaccine for Monkey Tests."

10. Attached hereto as **Exhibit T** is a true and correct copy of a July 1, 2020 article by *Bloomberg* titled "Pfizer Vaccine Rivals Tumble After Early Study Shows Promise."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 17th day of September, 2024, in Berkeley, California

*/s/ Reed R. Kathrein*
REED R. KATHREIN