# EXHIBIT O

[FILED UNDER SEAL]