# EXHIBIT P

[FILED UNDER SEAL]