# EXHIBIT Q

[FILED UNDER SEAL]