# EXHIBIT T

# Pfizer Vaccine Rivals Tumble After Early Study Shows Promise

**Published: Wed Jul 01 09:23:15 EDT 2020**

By Bailey Lipschultz

(Bloomberg) --

Vaccine makers sank in early trading Wednesday after Pfizer and BioNTech reported positive data from an early-stage study of their experimental Covid-19 vaccine.

- PFE shares spiked 5.8% while BNTX popped 7.9% before being halted for news; trading is set to resume at 9:50 am in New York
- Some companies that are working on a vaccine or therapeutics for the novel coronavirus traded lower after the news including: INO -15%, VXRT -5.1%, NVAX -3.8%, MRNA -2%, DVAX -1.4%
- NOTE: Earlier, Inovio Gets First Sell as Roth Cuts on Covid Vaccine Competition

To contact the reporter on this story:
Bailey Lipschultz in New York at blipschultz@bloomberg.net

To contact the editor responsible for this story:
Catherine Larkin at clarkin4@bloomberg.net

Exhibit
544

© 2023 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service