**AKIN GUMP STRAUSS HAUER & FELD LLP**
NEAL R. MARDER (SBN 126879)
JOSHUA A. RUBIN (SBN 308421)
SINA SAFVATI (SBN 313287)
LILLIAN RAND (SBN 341581)
1999 Avenue of the Stars, Suite 600
Los Angeles, California 90067
Email: nmarder@akingump.com
rubinj@akingump.com
ssafvati@akingump.com
lrand@akingump.com

Attorneys for Defendants ARMISTICE CAPITAL, LLC, ARMISTICE MASTER FUND, LTD, STEVEN J. BOYD, and KEITH MAHER, M.D.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re VAXART, INC. SECURITIES LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Lead Case No. 3:20-cv-05949-VC<br><br>District Judge: Hon. Vince Chhabria<br><br>CLASS ACTION<br><br>**NOTICE OF FILING OF DOCUMENTS PREVIOUSLY FILED CONDITIONALLY UNDER SEAL** |

Pursuant to the Court's Order entered December 19, 2024 (Docket No. 433), Defendants Armistice Capital, LLC, Armistice Master Fund, Ltd., Steven J. Boyd, and Keith Maher, M.D. (collectively, the "Armistice Defendants") hereby file the following documents previously filed conditionally under seal:

1. **Exhibit B** to the Declaration of Joshua Rubin in Support of Armistice Defendants' Opposition to Plaintiffs' Renewed Motion for Class Certification ("Rubin Declaration"), which are excerpts from a true and correct copy of the deposition transcript of Vaxart 30(b)(6) representative Edward Berg dated June 6, 2024.

2. **Exhibit D** of to the Rubin Declaration, which are excerpts from a true and correct copy of the deposition transcript of Attwill 30(b)(6) representative William L.C. Jackson dated April 26, 2024.

3. **Exhibit E** to the Rubin Declaration, which are excerpts from a true and correct copy of the deposition transcript of Sean Tucker dated April 27, 2024.

4. **Exhibit F** to the Rubin Declaration, which are excerpts from a true and correct copy of the deposition transcript of Andrei Floroiu dated June 13, 2024.

5. **Exhibit G** to the Rubin Declaration, which are excerpts from a true and correct copy of the deposition transcript of Brant Biehn dated March 26, 2024.

6. **Exhibit H** to the Rubin Declaration, which are excerpts from a true and correct copy of the deposition transcript of Lead Plaintiff Wei Huang dated February 28, 2024.

7. **Exhibit K** to the Rubin Declaration, which is a true and correct copy of a June 9, 2020 email and attachment from Brant Biehn to Hans Herklots, David Holmes and Wouter Latour produced by Vaxart in this litigation with Bates numbers VXRTDEF-CA-0000001276 – 78.

8. **Exhibit L** to the Rubin Declaration, which is a true and correct copy of an email chain from June 11, 2020 with Sean Tucker, Brant Biehn, and Wouter Latour produced by Vaxart in this litigation with Bates numbers VXRTDEF-CA-0000000142 – 43.

9. **Exhibit M** to the Rubin Declaration, which is a true and correct copy of an email chain from June 26, 2020 with Andrei Floroiu, Hans Herklots, Brant Biehn, and David Holmes produced by Vaxart in this litigation with Bates numbers VXRTDEF-CA-0000043050 – 51.

10. The unredacted version of Armistice Defendants' Opposition to Plaintiffs' Renewed Motion for Class Certification, which contains references to the above-referenced exhibits.

Dated: January 3, 2024

AKIN GUMP STRAUSS HAUER & FELD LLP

By: *__/s/ Joshua A. Rubin__*
Joshua A. Rubin
Attorney for ARMISTICE CAPTIAL, LLC, ARMISTICE CAPITAL MASTER FUND, LTD., STEVEN J. BOYD, and KEITH MAHER, M.D.