# Exhibit B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re VAXART, INC. )
SECURITIES LITIGATION )
------------------------- )
This Document Relates to: ) Master Case No.
ALL ACTIONS ) 3:20-cv-05949-VC
------------------------- )

* * * C O N F I D E N T I A L * * *

June 6, 2024
8:03 a.m.

Videoconferenced deposition of EDWARD B. BERG, held virtually with the witness located in California, pursuant to subpoena and Rule 30(b)(6), before Laurie A. Collins, a Registered Professional Reporter and Notary Public of the State of New York.

A. To my knowledge that would be either the CEO at the time or Brant Biehn, who was charged with press release responsibility and communications responsibility.

Q. Thank you.

I'm now going to show you a document that was previously admitted in this case -- or previously marked in this case as Exhibit 33. And I have now entered it. It will likely show up at the top of your folder rather than at the bottom. Let me know when you have it.

A. Thank you. I have it.

Q. Exhibit 33 is a press release entitled Vaxart, Inc., signs memorandum of understanding with Attwill Medical Solutions Sterilflow LP.

Do you see that?

A. I do.

Q. Does Exhibit 33 appear to be the press release that was referenced in Topic 6(e)?

A. It does.

Q. Did Steve Boyd, Keith Maher, or anyone from Armistice Capital draft or revise this press release?

ATTORNEY MELANSON: Objection to form.

A. No, they did not.

Q. Did Steve Boyd, Keith Maher, or anyone else from Armistice Capital have any input into the content of this press release?
ATTORNEY MELANSON: Objection to form.
A. No, they did not.
Q. I'm going to now show you what's previously been marked as Exhibit 34.
ATTORNEY DeBARI: 33 or 34?
ATTORNEY MELANSON: This one is 34.
ATTORNEY DeBARI: Okay.
Q. Give me a second. My computer is being a little slow.
You should have it now.
A. I do.
Q. Exhibit 34 is a press release entitled Vaxart's COVID-19 vaccine selected for the U.S. government's Operation Warp Speed.
Do you see that?
A. I do.
Q. Does Exhibit 34 appear to be the press release described in Topic 6(f)?
A. Yes.
Q. Did Steve Boyd, Keith Maher, or anyone from Armistice Capital draft or revise this press release?

ATTORNEY MELANSON: Objection to form.
A. No.
Q. Did Steve Boyd, Keith Maher, or anyone else from Armistice Capital have any input into the content of this press release?
ATTORNEY MELANSON: Objection to form.
A. No.
Q. Did Steve Boyd, Keith Maher, or anyone else from Armistice Capital have any input into the specific phrasing or word choice used in this press release?
ATTORNEY MELANSON: Objection to form.
A. No.
Q. If you go back to the deposition notice, Exhibit 455, if you can turn to Topic Number 7.
A. Okay.
Q. Topic Number 7 is -- states the truth and accuracy of all statements contained in the press releases identified in Topic 6. Do you see that?
A. I do.
Q. Are you prepared to offer testimony regarding Topic 7?
A. I am.

Q. Under the Attwill Medical Solutions tab -- are you there?
A. I am.
Q. Is there any indication in this document that a draft of the Attwill press release was provided to Steve Boyd, Keith Maher, or Armistice Capital at any point prior to the public issuance of the press release?
A. No.
Q. Is that consistent with your understanding that a draft of the Attwill press release was not provided to Steve Boyd, Keith Maher, or Armistice Capital at any point prior to the public issuance of the press release?
A. Yes.
Q. Can you turn to the OWS tab?
A. Yes. I have it.
Q. Is there any indication in this document that an actual draft of the Operation Warp Speed press release was provided to Steve Boyd, Keith Maher, or Armistice Capital at any point prior to the public issuance of the press release?
ATTORNEY MELANSON: Objection to form.
A. I'm taking my time to confirm this.

Q. Please.
(Pause.)
A. Can you repeat the question so I can get the answer right.
Q. Is there any indication in this document that an actual draft of the Operation Warp Speed press release was provided to Steve Boyd, Keith Maher, or Armistice Capital at any point prior to the public issuance of the press release?
ATTORNEY MELANSON: Objection to form.
A. Thank you. There was not.
Q. And is that consistent with your understanding that an actual draft of the Operation Warp Speed press release was not provided to Steve Boyd, Keith Maher, or Armistice Capital at any point prior to the public issuance of the press release?
A. That is consistent with my understanding.
ATTORNEY RUBIN: Mr. Berg, I have no further questions at this time. Thank you. I will reserve any remaining time I have for follow-up questions based off of any questions you're asked by plaintiffs' counsel.

C E R T I F I C A T E

STATE OF NEW YORK )
: ss.
COUNTY OF NEW YORK )

I, LAURIE A. COLLINS, a Registered Professional Reporter and Notary Public within and for the State of New York, do hereby certify:

That EDWARD B. BERG, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by the witness.

I further certify that I am not related to any of the parties to this action by blood or marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 7th day of June 2024.

LAURIE A. COLLINS, RPR