# Exhibit D

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In Re VAXART, INC. SECURITIES LITIGATION | ) | |
| ------------------------- | ) | |
| This Document Relates to: ALL ACTIONS | ) | Master Case No. 3:20-cv-05949-VC |
| ------------------------- | ) | |

* * * C O N F I D E N T I A L * * *

April 26, 2024

10:49 a.m.

Videoconferenced deposition of WILLIAM L.C. JACKSON, held virtually with the witness located in Hamilton, Ontario, pursuant to subpoena, before Laurie A. Collins, a Registered Professional Reporter and Notary Public of the State of New York.

of thousands of dollars' worth of damages to you have to come up with, you're responsible for.

That's where your product and errors and omissions and all that sort of liability insurance kicks in. But as you guys know, you don't -- using your insurance is always an issue as well because your rates go up the next year.

Q. Has Attwill ever done a project of this size before?

A. Of what size? Making a billion tablets?

Q. Yes.

A. We had never been in the tablet business before, so no. The answer is no because our business was doing -- was lyophilization, not making tablets.

Q. So on this initial call you discussed freeze-drying, as you just testified. What other roles would Attwill play in helping Vaxart with this project apart from freeze-drying?

A. As we moved along in discussions, we ended up in a scenario where they wanted to develop a pilot plant at Attwill. And we entered into essentially a room rental agreement where they would pay for that room and they would outfit

the room to meet their needs to do their pilot work.

And because their people were, quote, experts in tableting and we were experts in lyophilization, we were drawing the lyophilizer, and they would teach us, you know, how to do tableting. They would make sure that the pilot room was, you know, up to standard so that it could be used for clinical -- manufacturing of clinical product, clinical-grade materials.

So we entered into an agreement with them or what we call a statement of work where we provided certain resources. And they paid for those resources, and they provided the remaining -- the resources that we didn't have expertise around.

Q. In June 2020 you had the ability to -- Attwill had the ability to lyophilize one billion -- the material required for one billion tablets but not actually tablet the one billion capsules?

ATTORNEY MAGOLNICK: Objection to form.

A. Yeah.

Q. I'm sorry, can you please repeat your answer?

A. We had the ability to do the freeze-drying of the raw material, but we weren't set up to do tablets at that point. The intent was to get us there. We knew the product wasn't FDA approved. We knew that the product had to go through a series of clinical trials in order to go to market.

In the event that they wanted to scale up to a billion, we estimated that their investment would be close to $5 million to make sure that we were compliant in all aspects and that we had the necessary equipment to convert the freeze-dried material into actual tablets.

Q. What equipment was required for tableting?

A. For tableting you need -- you need equipment that compresses the material, forms the tablet, and then because they were doing an enteric coating, that means that it gets through the upper gastral system into the lower area. You have to protect it from all the acids, and so you'd need that material. And you would need enough equipment to process, you know, roughly 4 billion -- or, sorry, a billion tablets.

So we went and we got quotes for, you

A. Yes, it is.
Q. I believe you testified earlier that you helped revise this memorandum of understanding; is that correct?
A. Yes.
Q. On page 1, last paragraph, it says, AMS is one of the largest contract lyophilization services facilities in the USA.
How do you know that AMS is one of the largest lyophilization services facilities?
A. Outside of -- outside of Covalon, I know that we own the largest dryer, and I know that most of our competitors are smaller. We purchase contract manufacturing and lyophilization reports, so we have a pretty good feel of what the capacity is out there on the market.
Q. Was there any independent review by any government body or third party that ranked or stated that Attwill is one of the largest lyophilization services facilities in the U.S.?
A. No, no.
Q. Please let me finish my question.
A. Sure, sorry.
Q. So your answer is no, however; correct?
A. Well, I'll let you finish the question

business, develop relationships with customers and contractors, making sure that we're reporting appropriately to our limited partners, and working with my business partner to achieve the goals of the corporation.

Q. And you mentioned this earlier today, but what is the full name of your business partner?

A. Attilio Di Fiore.

Q. And how long have you two been working together?

A. Since 2013 specifically at Attwill; and prior to that he worked for C.R. Bard, and we had done a technology deal -- coating deal for Bard. So I knew him three years prior to 2013.

Q. And how would you describe his duties and responsibilities?

A. He is the chief operating officer. His job is to essentially run the plant, make sure that R&D products are being developed and out the door. His background knowledge is primarily technology transfer and commercialization.

Q. Mr. Jackson, does Attwill specialize in lyophilization?

A. Yes.

Q. And what is lyophilization?
A. It's the freeze-drying of materials that tend to be nonshelf stable or they're unstable in a liquid form, and freeze-drying is done to keep the molecule intact as well as give it a longer shelf life.
Q. And how long has Attwill specialized in lyophilization?
A. Attwill itself has been doing lyophilization since 2017, but the predecessor company I think was around ten years prior to us buying it.
Q. And is it fair to say that Attwill is one of the largest medical lyophilizers in the United States?
A. I believe it is one of the largest remaining independent freeze-drying operations in the U.S.
Q. And was that the case in June 2020 as well?
A. Yes, I believe so.
Q. And how large were Attwill's manufacturing facilities in June 2020?
A. We had 34,000 square feet at the facility, and we had over 3500 -- we're capable of

C E R T I F I C A T E

STATE OF NEW YORK )
: ss.
COUNTY OF NEW YORK )

I, LAURIE A. COLLINS, a Registered Professional Reporter and Notary Public within and for the State of New York, do hereby certify:

That WILLIAM L.C. JACKSON, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by the witness.

I further certify that I am not related to any of the parties to this action by blood or marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 27th day of April 2024.

LAURIE A. COLLINS, RPR