# Exhibit H

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re VAXART, INC. SECURITIES LITIGATION ) Lead Case No.: 3:20-cv-05949-VC

This Document Relates to:

ALL ACTIONS.

CONFIDENTIAL VIDEOTAPED DEPOSITION OF WEI HUANG

(Taken by Defendants.)

February 28, 2024, 9:21 a.m.

CONFIDENTIAL - UNDER PROTECTIVE ORDER

Job No. 10135661
Reported By:
SUSAN GALLAGHER, CA CSR 14498, CVR-CM
Transcript produced by computer-aided transcription

technology, and it's not so hard to finance from the public.

**Q That didn't answer my question. Did you understand that by being selected to participate in a Operation Warp Speed, Vaxart would be receiving government funding?**

A Yes. If it was successful to select into the program, it will receive some funding. Even -- but on our side, if -- even if a company received a governmental funding, it doesn't mean the company will succeed.

**Q So what -- what had to happen in order, in your mind, for Vaxart to receive funding from the government?**

A I don't care too much about how much money Vaxart will receive from the government funding. What I'm interested is if the company has got a backup, has credibility from the government because -- because the government has some, you know, very professional institute of support.

They know if this kind of technology, if this kind of company like Vaxart has potential, has brighter future. So it means I cannot -- I do not have access to independent research report about this company, but when I got a news -- press news, I think the Vaxart has got the credibility from the government.

**Q Okay. So that --**

A Funding is one thing. Credibility is another.

**Q And the credibility is what was really important --**

A To me, it's more important for funding. Funding, you got funding from government is one thing, and you can also --

it's a good company, it has, you know, potential, great technology. You can raise money anytime at any price. That is why the -- another press news said it has raise money, you know, $90 million.

**Q Okay. And so you don't know whether Vaxart got funding or not. That wasn't what was critical to you. It was that the government gave Vaxart credibility, correct, by inviting it to participate in Operation Warp Speed?**

MR. GILMORE: Object to form.

THE INTERPRETER: (Interpreting.)

THE WITNESS: Yeah.

MR. MARDER: Okay. Why don't we break now for lunch.

THE WITNESS: Okay.

MR. MARDER: Okay? It's 12:48. Let's go off the record.

THE VIDEOGRAPHER: This is the end of Media File No. 3. We're now going off the record. The time is 12:47 p.m.

(Recess.)

THE VIDEOGRAPHER: This is the beginning of Media File No. 4. We're now going on the record. The time is 1:34 p.m.

BY MR. MARDER:

**Q Okay. We're back on the record. You're still under oath, you understand?**

A Yes.

**Q And I hope you had a nice lunch.**

A I did, I did. Thank you.

remember. I don't recall.

**Q Do you believe that Seeking Alpha was a credible analyst?**

A Seeking Alpha is a platform, I think, my best understanding, of freelance analysts post their views, opinions on that platform. So I check this or subscribe this adjustment to see -- to hear other investors' ideas on a specific stock, but -- but eventually I will make my own decision. So it might be a reference, I would see how the other investor analysts are looking at Vaxart before I buy or after I -- so before I bought or after I bought.

**Q Okay. So this reference here to the funding, the financial support, that Vaxart might receive if their NHP trial data is positive, am I correct based on your prior testimony that that really wouldn't have been material to you, whether they got financial support or not because what was important for you was the credibility of having the government backing?**

MR. GILMORE: Object to form. Lacks foundation.

THE WITNESS: Yeah, my -- if they can get the financial support from the government is not a critical reason for me to evaluate Vaxart's value.

BY MR. MARDER:

**Q Okay. And doesn't this suggest to you, this analyst report, that they hadn't gotten any financial support yet, but if, you know, their trial data -- their NHP trial data was**

**positive, they might get it?**

MR. GILMORE: Objection. Lacks foundation; calls for speculation.

MR. MARDER: Just form does the trick for everything.

MR. GILMORE: No. If you're going to ask him questions about a report, he's then going to have to read the entire report, so if you want to do that, we can do that, but he's already testified he's never seen this before.

MR. MARDER: Okay.

BY MR. MARDER:

**Q Let me -- let me ask you this: Do you have any reason to believe as of the date of this report -- as you sit here today, do you have any reason to believe as of the date of this report, July 6, 2020, that Vaxart had received financial support from the government in connection with its COVID-19 vaccine it was trying to develop?**

MR. GILMORE: Object to form.

THE WITNESS: I -- I would not pay much attention to this author's conclusion or idea because at that time, I have not bought this stock, so -- and even after I bought the stock, my focus is on the company's fundamental health. If they got money or not, it's not a critical reason for me to buy or sell a company's stock.

BY MR. MARDER:

**Q Okay. So it just wasn't material to your decision**

**whether to buy or not?**
A It's not so material. It's not material.
MR. MARDER: Let's take another -- let's take a short break.
THE WITNESS: Okay.
THE VIDEOGRAPHER: This is the end of Media File No. 5 -- 4. Excuse me. We're now going off the record. The time is 2:40 p.m.
(Recess.)
THE VIDEOGRAPHER: This is the beginning of Media File No. 5. We're now going on the record. The time is 2:53 p.m.
BY MR. MARDER:
**Q Okay. I'm going to show you a document that's been previously marked as Exhibit 35.**
(Previously marked Exhibit 35 identified for the record.)
BY MR. MARDER:
**Q This is a five-page article published by the New York Times dated July 25, 2020. Are you familiar with this document?**
A No.
**Q You don't recall reviewing this document at any point in time in or around July 2020?**
A No.
**Q Okay. You can put it down. Let me show you the document we'll mark next in order, Exhibit No. 65.**
(Exhibit 65 marked for identification.)
BY MR. MARDER:

CERTIFICATE OF REPORTER

---oOo---

I, the undersigned, a Certified Shorthand Reporter, Licensed by the State of California, being empowered to administer oaths and affirmations, do hereby certify:

That the foregoing proceedings were taken remotely before me at the time and place herein set forth; that any witness in the foregoing proceedings, prior to testifying, were placed under oath; that a verbatim record of the proceedings was made by me using voice stenography, which was thereafter transcribed under my direction; further, that the foregoing is an accurate transcription thereof.

I further certify that I am neither financially interested in the action nor a relative or employee of any attorney or any of the parties.

Further, that if the foregoing pertains to the original transcript of a deposition in a Federal Case, before completion of the proceedings, review of the transcript [ X ] was [ ] was not requested.

IN WITNESS WHEREOF, I have this date subscribed my name.

DATED: February 29, 2024

Susan Gallagher

Susan Gallagher, CA CSR 14498, CVR-CM