# Exhibit K

**From:** Brant Biehn [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=41A4E1F194CC46479DCC799BB9DCC68E-BRANT]
**Sent:** 6/9/2020 4:00:40 PM
**To:** Hans Herklots [redacted]@lifesciadvisors.com]; David Holmes [redacted]@lifesciadvisors.com]
**CC:** Wouter Latour [redacted]@vaxart.com]
**Subject:** Draft Warp Speed PR
**Attachments:** DRAFT WARP SPEED BARDA PR 06 09 2020 10am.docx

Hans, David,

We are planning to release a PR when we do first Non Human Primate vaccinated, we do not know that date yet.

Attached is a draft PR and I would love to get your complete rewrite, tweaks, other edits as you feel necessary.

Can I get a draft back by west coast close of business Wednesday?

Thanks,
Brant Biehn
Commercial Operations
Vaxart Inc.
Mobile [redacted]7 [redacted]8 [redacted]7

This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.

EXHIBIT NO. 85
DATE: 3/13/24
Reporter - Laurie A. Collins

VAXART

## Vaxart COVID-19 Vaccine Tested in Non-Human Primates

*BARDA's WARP SPEED Includes The First Oral Tablet Coronavirus Vaccine*

SOUTH SAN FRANCISCO, Calif.-- (BUSINESS WIRE) - June XX, 2020-- Vaxart, Inc., a clinical-stage biotechnology company developing oral recombinant vaccines that are administered by tablet rather than by injection, today announced that it has been selected to participate in Operation Warp Speed, a new national program aiming to provide substantial quantities of safe, effective vaccine for Americans by January 2021. Vaxart's COVID-19 human adenovirus vaccine candidate has been dosed in a non-human primate (NHP) challenge study. The study is designed to test the vaccine and is an important step in BARDA's efforts to overcome the current pandemic.

"Our lead COVID-19 vaccine contains both the spike S1 and N proteins and we believe the NHP studies will enable us to validate the vaccine by showing both systemic and mucosal immunity," said Sean Tucker, Ph.D., chief scientific officer of Vaxart. "In previously published work we demonstrated that our oral H1 flu tablet vaccine protected against influenza infection after just one dose correlated to mucosal protection. Based on these results, we believe our vaccines are ideal to protect against mucosal respiratory viruses such as SARS-CoV-2 offering the potential for patients to develop long-lasting immunity to the virus in an easy to take format."

"SARS CoV-2, the coronavirus that causes COVID-19, is primarily transmitted by viral particles that enter through the nose, mouth or eyes," said Wouter Latour, MD, chief executive officer of Vaxart Inc. "Unlike injectable vaccines, our oral vaccines have been shown to protect against respiratory infection based on mucosal immunity, the first line of defense for such infections. This could be essential for an effective vaccine that protects the population from COVID-19. In addition, the Vaxart vaccine would be administered using a room temperature-stable tablet, an enormous logistical advantage in large vaccination campaigns."

The VAAST™ Platform has been used across many disease types and represents the next generation adeno-associated viral vector platform because it does not create high levels of adenoviral-neutralizing antibodies that, in turn, diminish the ability for the vaccine to work in the patient and thus limit ongoing immune response. Vaxart's vaccine is not impacted by the presence of the anti-ad5 antibodies that limit the effectiveness of other vaccines, as published in *Lancet Infectious Diseases*.

**About Vaxart**

Vaxart is a clinical-stage biotechnology company primarily focused on developing oral recombinant protein vaccines based on its proprietary oral vaccine platform. Vaxart's vaccines are designed to generate broad and durable immune responses that protect against a wide range of infectious diseases and may also be useful for the treatment of chronic viral infections and cancer. Vaxart's vaccines are administered using a convenient room temperature-stable tablet, rather than by injection. Vaxart believes that tablet vaccines are easier to distribute and administer than injectable vaccines and have the potential to significantly increase vaccination rates. Vaxart's development programs include oral tablet vaccines that are designed to protect against coronavirus, norovirus, seasonal influenza and respiratory syncytial virus (RSV), as well as a therapeutic vaccine for human papillomavirus (HPV). For more information, please visit www.vaxart.com.

**Note Regarding Forward-Looking Statements**

This press release contains forward-looking statements that involve substantial risks and uncertainties. All statements, other than statements of historical facts, included in this press release regarding Vaxart's strategy, prospects, plans and objectives, results from pre-clinical and clinical trials, commercialization agreements and licenses, beliefs and expectations of management are forward-looking statements. These forward-looking statements may be accompanied by such words as "should," "believe," "could," "potential," "will," "expected," "plan" and other words and terms of similar meaning. Examples of such statements include, but are not limited to, statements relating to Vaxart's ability to develop and commercialize its product candidates and clinical results and trial data (including plans with respect to the COVID-19 vaccine product candidates); expectations relating to Vaxart's relationship with Emergent, including Emergent's ability to produce bulk cGMP vaccine and the timing thereof; and Vaxart's expectations with respect to the important advantages it believes its oral vaccine platform can offer over injectable alternatives, particularly for mucosal pathogens such as norovirus, flu and RSV, as well as coronaviruses such as SARS, MERS and SARS-CoV-2. Vaxart may not actually achieve the plans, carry out the intentions or meet the expectations or projections disclosed in the forward-looking statements and you should not place undue reliance on these forward-looking statements. Actual results or events could differ materially from the plans, intentions, expectations and projections disclosed in the forward-looking statements. Various important factors could cause actual results or events to differ materially from the forward-looking statements that Vaxart makes, including uncertainties inherent in research and development, including the ability to meet anticipated clinical endpoints, commencement and/or completion dates for clinical trials, regulatory submission dates, regulatory approval dates and/or launch dates, as well as the possibility of unfavorable new clinical data and further analyses of existing clinical data; the risk that clinical trial data are subject to differing interpretations and assessments by regulatory authorities; whether regulatory authorities will be satisfied with the design of and results from the clinical studies; decisions by regulatory authorities impacting labeling, manufacturing processes, and safety that could affect the availability or commercial potential of any product candidate, including the possibility that Vaxart's product candidates may not be approved by the FDA or non-U.S. regulatory authorities; that, even if approved by the FDA or non-U.S. regulatory authorities, Vaxart's product candidates may not achieve broad market acceptance; that a Vaxart collaborator may not attain development and commercial milestones; that Vaxart may experience manufacturing issues and delays due to events within, or outside of, Vaxart's control, including the recent outbreak of COVID-19; that Vaxart may not be able to obtain, maintain and enforce necessary patent and other intellectual property protection; that Vaxart's capital resources may be inadequate; Vaxart's ability to obtain sufficient capital to fund its operations on terms acceptable to Vaxart, if at all; the impact of government healthcare proposals and policies; competitive factors; and other risks described in the "Risk Factors" sections of Vaxart's Quarterly and Annual Reports filed with the SEC. Vaxart does not assume any obligation to update any forward-looking statements, except as required by law.

Contacts

Brant Biehn
Vaxart, Inc.
[redacted]0 [redacted]0 [redacted]0
[redacted]@vaxart.com

Hans Herklots
LifeSci Advisors LLC
[redacted]6 [redacted].
[redacted]@lifesciadvisors.com