# Exhibit L

**From:** Sean Tucker [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=STUCKER]
**Sent:** 6/11/2020 12:39:15 PM
**To:** Brant Biehn [redacted]@vaxart.com]; Wouter Latour [redacted]@vaxart.com]
**Subject:** Re: NHP dosing PR

The way this should go down, is that once BARDA commits to a date for dosing, we give them a heads up and post it once the monkeys are dosed. As Tanima has stated, we are under no obligation to clear a press release with them because we don't have a contract. However, we are not politically well connected enough that we should go out of our way to poke them before hand. They could pull the monkey study if we piss them off enough.

I thought we already talked to Monsef? Why should we have monsef talk about another vaccine company in our press release otherwise?

s

**Dr. Sean Tucker**
CSO and VP Research
Vaxart Inc.
www.vaxart.com
Direct: +[redacted]2

---

**From:** Brant Biehn [redacted]n@vaxart.com>
**Date:** Thursday, June 11, 2020 at 9:35 AM
**To:** Wouter Latour [redacted]@vaxart.com>, Sean Tucker [redacted]@vaxart.com>
**Subject:** NHP dosing PR

Next iteration PR post Sean and LifeSci.

Wouter,
Do you want to contact Moncef and see if he is willing to be quoted?

Sean,
We need to also send this to BARDA with a 24/36 hour deadline for return comments but we need to know if Moncef is in first or we could send it to BARDA without the quote.

Brant Biehn
Commercial Operations
Vaxart Inc.
Mobile [redacted]7[redacted]3[redacted]7

**Exhibit 306**

This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.

VXRTDEF-CA-0000000142

# Metadata

| | | |
|---|---|---|
| **All Custodians** | Biehn, Brant;Latour, Wouter;Tucker, Sean | SEMANTIC |
| **All Paths** | [redacted] dosing PR | SEMANTIC |
| **Date Created** | 2020/06/11 12:39 pm | SEMANTIC |
| **Date Modified** | 2020/06/11 12:42 pm | SEMANTIC |
| **Date Sent** | 2020/06/11 12:39 pm | SEMANTIC |
| **Filename** | Re: NHP dosing PR | SEMANTIC |
| **From** | Sean Tucker [redacted]@vaxart.com) | SEMANTIC |
| **Primary Date** | 2020/06/11 12:39 pm | DOC_TYPE_ALIAS |
| **Redacted** | N | SEMANTIC |
| **Subject** | Re: NHP dosing PR | SEMANTIC |
| **To** | Brant Biehn [redacted]@vaxart.com); Wouter Latour [redacted]@vaxart.com) | SEMANTIC |