# Exhibit M

**From:** Andrei Floroiu [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C05AE12789E3443D94DE3ADC97A31C5B-AFLOROIU]
**Sent:** 6/26/2020 8:57:16 AM
**To:** Hans Herklots [redacted]@lifesciadvisors.com]; Brant Biehn [redacted]@vaxart.com]
**CC:** David Holmes [redacted]@lifesciadvisors.com]
**Subject:** Re: PR to release Friday Morning

No and don't think so.

We decided it's material enough to release it.

---

**From:** Hans Herklots [redacted]@lifesciadvisors.com>
**Sent:** Friday, June 26, 2020 6:59 AM
**To:** Brant Biehn [redacted]@vaxart.com>
**Cc:** David Holmes [redacted]@lifesciadvisors.com>; Andrei Floroiu [redacted]@vaxart.com>
**Subject:** Re: PR to release Friday Morning

Hi Brant, Andrei,

Has the first monkey been dosed, or you intend to issue a separate announcement when that happens? I just wondered what triggered this release.

Also, what's the visibility on the start of the P1 trial?

Andrei, you mentioned robinhood the other day, well, check out their website, they're all over this. Although it's great to see the market cap appreciate, we need to be careful not to be seen as the next plaything of teenagers. The serious government agencies and corporates you're speaking to might raise their eyebrows, and that would be unfortunate.

Thanks & fasten your seatbelts today.
Hans

Hans Herklots
Managing Director
LifeSci Advisors, LLC
1232 Geneva, Switzerland
t: [redacted]1 [redacted]9[redacted]3[redacted]9
e: [redacted]@lifesciadvisors.com

LifeSci Advisors (www.lifesciadvisors.com) is the largest investor relations firm in the healthcare sector and provides life science companies tailored solutions to global investor access and communication. Our experienced team is made up of former healthcare equity sales professionals, investment bankers, portfolio managers – all with 15+ years of Wall Street experience – plus scientists, equity analysts and journalists. We leverage our domain expertise to globally secure quality, one-on-one time with specialist healthcare investors, HNWI, family offices, and financial advisors for our clients. We understand our clients' financial, R&D, regulatory, and commercial goals and challenges, and help them to communicate in ways that resonate with investors and top tier trade publications. LifeSci is active in and has a presence across the U.S, Europe and Israel.

On Jun 26, 2020, at 03:50, Brant Biehn [redacted]@vaxart.com> wrote:

Exhibit
0476

[EXTERNAL]
Paul,
I apologize for the late hour but can you release the attached PR for 8am tomorrow morning.

Thanks for your help.

Sincerely,
Brant Biehn
Commercial Operations
Vaxart Inc.
Mobile [redacted]7 [redacted]8 [redacted]7

This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.

<PR _ Warp Speed - NHP Study _ FINAL 06 25 2020 645pm.docx>

This message contains confidential and proprietary information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this email by mistake and delete this email from your system. Any comments or statements made herein do not necessarily reflect the views of LifeSci Advisors, LLC, its affiliates, subsidiaries or agents. Before opening any attachments please check them for viruses and defects.

# VXRTDEF-CA-0000043050

## Metadata

| | | |
|---|---|---|
| **All Custodians** | Biehn, Brant | SEMANTIC |
| **Attachment Count** | 0 | SEMANTIC |
| **Begin Family** | VXRTDEF-CA-0000043050 | SEMANTIC |
| **Confidentiality** | CONFIDENTIAL | SEMANTIC |
| **Custodian** | Biehn, Brant | SEMANTIC |
| **Date Created** | 2020/06/26 12:57 pm | SEMANTIC |
| **Date Modified** | 2020/06/26 12:57 pm | SEMANTIC |
| **End Family** | VXRTDEF-CA-0000043051 | SEMANTIC |
| **Family Date** | 2020/06/26 12:57 pm | VIRTUAL |
| **File Path** | [redacted] PR to release Friday Morning | SEMANTIC |
| **File Size** | 2825 | SEMANTIC |
| **MD5 Hash** | 6b0e32e329133a31f11a9ea502c1a6bc | SEMANTIC |
| **Page Count** | 2 | SEMANTIC |
| **Primary Date** | 2020/06/26 12:57 pm | DOC_TYPE_ALIAS |
| **Producing Party** | VAXART, INC. | SEMANTIC |
| **Production Volume** | CAPROD003_Part1 | SEMANTIC |
| **Redacted** | N | SEMANTIC |