Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Class Counsel*

[Additional counsel on signature page]

William C. Fredericks (*pro hac vice*)
Jeffrey P. Jacobson (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 233-6444
Facsimile: (212) 233-6334
wfredericks@scott-scott.com
jjacobson@scott-scott.com

*Class Counsel*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

In re VAXART, INC. SECURITIES LITIGATION

*This Document Relates to:*
*ALL ACTIONS*

Case No. 3:20-cv-05949-VC

CLASS ACTION

**PLAINTIFFS' NOTICE OF FILING OF DOCUMENTS PREVIOUSLY FILED CONDITIONALLY UNDER SEAL**

Pursuant to the Court's Order entered on December 19, 2024, ECF No. 433, Plaintiffs Langdon Elliott, Wei Huang, and Ani Hovhannisyan hereby file the following documents previously filed conditionally under seal:

- **Plaintiffs' Renewed Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel.**
- **Exhibit A to the Declaration of Reed R. Kathrein in Support of Plaintiffs' Renewed Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel:** Expert Report of Matthew Cain, Ph.D., dated July 30, 2024.[1]

[1] Footnotes 123 and 273 remain under seal pursuant to ECF No. 433.

- **Plaintiffs' Reply in Support of Renewed Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel ("Reply").**
- **Exhibit M to the Kathrein Declaration in support of the Reply:** Expert Merits Rebuttal Report of Matthew D. Cain, Ph.D., dated September 17, 2024.
- **Exhibit O to the Kathrein Declaration in support of the Reply:** excerpts from the March 26, 2020 deposition of Brant Biehn.
- **Exhibit P to the Kathrein Declaration in support of the Reply:** excerpts from the April 26, 2024 deposition of William Jackson, both in his individual capacity and as a Rule 30(b)(6) corporate designee of Attwill Medical Solutions.
- **Exhibit Q to the Kathrein Declaration in support of the Reply:** excerpts from the September 9, 2024 deposition of Jennifer Marietta-Westberg, Ph.D.

DATED: January 6, 2025

Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

*/s/ Reed R. Kathrein*
Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Raffi Melanson (*pro hac vice*)
1 Faneuil Hall Sq 5th Floor
Cambridge, MA 02142
Telephone: (708) 628-4966
Facsimile: (708) 628-4950
raffim@hbsslaw.com

*Counsel for Proposed Class Representatives Wei Huang and Langdon Elliott*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

John T. Jasnoch (281605)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
jjasnoch@scott-scott.com

William C. Fredericks (*pro hac vice*)
Jeffrey P. Jacobson (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 233-6444
Facsimile: (212) 233-6334
wfredericks@scott-scott.com
jjacobson@scott-scott.com

*Counsel for Proposed Class Representative Ani Hovhannisyan*

**THE SCHALL LAW FIRM**

Brian J. Schall (290685)
2049 Century Park East, Suite 2460,
Los Angeles, CA 90067
Telephone: (310) 301-3335
Facsimile: (310) 388-0192
brian@schallfirm.com

*Additional Counsel*