# EXHIBIT O

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re VAXART, INC. )
SECURITIES LITIGATION )
------------------------- )
This Document Relates to: ) Master Case No.
ALL ACTIONS ) 3:20-cv-05949-VC
------------------------- )

* * * C O N F I D E N T I A L * * *

March 26, 2024
9:34 a.m.

Videoconferenced deposition of BRANT BIEHN, held virtually with the witness located in St. Augustine Beach, Florida, pursuant to subpoenas, before Laurie A. Collins, a Registered Professional Reporter and Notary Public of the State of New York.

A. Yes.
Q. With who?
A. We had our own lyo facility.
Q. Did you have staff for that facility at the time, June 2020?
A. Yeah, actually June 2020 we had staff.
Q. How many doses a month could Vaxart's internal facility lyo?
A. Ballpark in the 50s -- 50s to 100,000, not enough to meet the government's requirements.
ATTORNEY DeBARI: Real quick, I think on a clock breakdown you have slightly more than ten minutes left. I just want to let you know this witness is going to be appearing for seven hours. So I'm just letting you know.
ATTORNEY MELANSON: I appreciate it. I have a few questions left. I need those 20 seconds, so I'll move quickly.
Q. You mentioned you were involved in negotiations with Attwill. Were you also involved with the drafting of the Attwill press release?
A. Yes.
ATTORNEY MELANSON: Whoever is eating needs to turn off their microphone. Apologies.

Q. That press release concerned an MOU with Attwill. What is an MOU?
A. Memorandum of understanding.
Q. How is an MOU different from a contract?
A. It's basically the commitment to sit down and over some period of time create a contract that you're both gone to honor.
Q. To the extent you know, why did Vaxart decide to draft a press release regarding an MOU with Attwill at the time, being late June 2020?
A. Sorry, you've got to go back to the very first -- I just missed the very first part. What was the very first part again, sorry?
Q. To the extent you know, why did Vaxart decide to draft a press release with Attwill at the time, being June 2020?
ATTORNEY RUBIN: Objection, lacks foundation.
A. We -- so a number of reasons, really. People -- some people, some of our partners, outside partners, plus we had heard through back doors at some of the government agencies wondering whether we could actually produce the doses we had in our application.

We certainly had the bulk manufacturers tied up, so we had that part of it done. It was really -- the crunch point was the lyophilization. So we wanted to announce to the potential government partners, both in the United States and around the globe, that we had the capacity now to move forward.

Q. The final version of the press release regarding the MOU that was published on June 25th, 2020, claimed that with Attwill Vaxart could manufacture "a billion or more doses" per year.

Were you responsible for inserting the "billion or more" language into the press release?

ATTORNEY RUBIN: Objection, assumes evidence not in front of the witness, lacks foundation.

ATTORNEY DeBARI: Objection. Could you show him the quote instead of reading him the quote?

ATTORNEY MELANSON: No.

Q. Please answer the question.

ATTORNEY DeBARI: Okay.

A. I physically put it in there. But whether it was a conversation I don't remember anymore. I think -- I can't remember -- I think

C E R T I F I C A T E

STATE OF NEW YORK )
: ss.
COUNTY OF NEW YORK )

I, LAURIE A. COLLINS, a Registered Professional Reporter and Notary Public within and for the State of New York, do hereby certify:

That BRANT BIEHN, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by the witness.

I further certify that I am not related to any of the parties to this action by blood or marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 29th day of March 2024.



LAURIE A. COLLINS, RPR