# EXHIBIT P

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re VAXART, INC. )
SECURITIES LITIGATION )
------------------------- )
This Document Relates to: ) Master Case No.
ALL ACTIONS ) 3:20-cv-05949-VC
------------------------- )

* * * C O N F I D E N T I A L * * *

April 26, 2024
10:49 a.m.

Videoconferenced deposition of WILLIAM L.C. JACKSON, held virtually with the witness located in Hamilton, Ontario, pursuant to subpoena, before Laurie A. Collins, a Registered Professional Reporter and Notary Public of the State of New York.

A. I do.
Q. It goes on to say, The auditor would recommend a phased approach to improve and enhance the quality systems in order to build a late-stage development commercial facility capable of complying with the expectations set forth for a commercial biologic product.
Do you see that?
A. I do, yeah. As I have said numerous times, we knew that overnight we weren't going to be building a billion tablets. We knew that they had to do -- they had to go through a clinical phase before we'd ever be making commercial product and that there were a number of things that would have to fall into place over time, yep.
And so I believe this -- that statement was reflective of what needed to be done.
Q. And was this shared with you by anyone at Vaxart?
A. Yes.
Q. What specifically --
A. Not -- well, the report, you know. When that report came out, you know, we would have read it.
Q. So was it was it your understanding --

C E R T I F I C A T E

STATE OF NEW YORK )
: ss.
COUNTY OF NEW YORK )

I, LAURIE A. COLLINS, a Registered Professional Reporter and Notary Public within and for the State of New York, do hereby certify:

That WILLIAM L.C. JACKSON, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by the witness.

I further certify that I am not related to any of the parties to this action by blood or marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 27th day of April 2024.

LAURIE A. COLLINS, RPR