**AKIN GUMP STRAUSS HAUER & FELD LLP**
NEAL R. MARDER (SBN 126879)
JOSHUA A. RUBIN (SBN 308421)
SINA SAFVATI (SBN 313287)
LILLIAN RAND (SBN 341581)
1999 Avenue of the Stars, Suite 600
Los Angeles, California 90067
Email: nmarder@akingump.com
rubinj@akingump.com
ssafvati@akingump.com
lrand@akingump.com

Attorneys for Defendants ARMISTICE CAPITAL, LLC, ARMISTICE MASTER FUND LTD, STEVEN J. BOYD, and KEITH MAHER, M.D.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re VAXART, INC. SECURITIES LITIGATION | Lead Case No. 3:20-cv-05949-VC<br><br>District Judge: Hon. Vince Chhabria<br><br>CLASS ACTION |
| This Document Relates to:<br>ALL ACTIONS | **DECLARATION OF JOSHUA A. RUBIN IN SUPPORT OF ARMISTICE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, Joshua Rubin, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California, and I am counsel with the law firm Akin Gump Strauss Hauer & Feld LLP, attorneys of record for Defendants Armistice Capital, LLC, Armistice Master Fund LTD, Steven J. Boyd, and Keith Maher, M.D. in this matter (collectively "Armistice").

2. I am familiar with the facts of the case and have personal knowledge of the facts set forth herein and, if called upon as a witness, I could and would testify competently thereto under oath.

3. I submit this declaration pursuant to Local Rule 7-5 and Federal Rule of Civil Procedure 56 in support of Armistice's Motion for Summary Judgment.

4. Based on my review of the exhibits set forth below, the evidentiary record demonstrates the following facts:

**ARMISTICE'S INVESTMENT IN VAXART**

5. Armistice Capital, LLC is an asset manager that invests in public and private consumer and health care companies. *See* Ex. C (Boyd Dep.) at 74:18-75:3.

6. Throughout 2019 and 2020, Steven Boyd ("Boyd") had complete control and discretion over all of Armistice Master Fund LTD's healthcare investments and personally directed each and every trade. *See* Ex. C (Boyd Dep.) at 72:8-73:3, 74:3-75:6.

7. Keith Maher ("Maher") is a managing director of Armistice with no trading authority. *See* Ex. J (Maher Dep.) at 63:17-64:10, 64:20-66:5, 75:2-19.

8. Boyd and Maher were non-managing directors of Vaxart throughout all of 2020. *See* Ex. P (2019-10-25 Vaxart BOD Meeting Minutes); Ex. C (Boyd Dep.) at 15:5-7; Ex. J (Maher Dep.) at 101:25-102:6.

9. In September 2019, Armistice invested in Vaxart. *See* Ex. C (Boyd Dep.) at 80:14-18; Ex. O (2019-09-12 Armistice Trading Records in Vaxart).

10. When Armistice invested in late 2019, Vaxart was a small-cap pharmaceutical company. *See* Ex. C (Boyd Dep.) at 87:16-88:22.

11. Boyd wanted to invest in Vaxart because of Vaxart's valuable royalty assets and because he was impressed by the company's oral vaccine technology and its relationships with the U.S. government. *See* Ex. C (Boyd Dep.) at 87:16-93:22, 95:21-96:12.

12. Armistice continued to acquire shares of Vaxart and ultimately became a majority shareholder on September 30, 2019. *See* Ex. C (Boyd Dep.) at 80:14-18, 97:23-98:14; Dkt. 101-11 at 50.

13. By early June 2020, Armistice had sold most of its shares and owned less than 10% of Vaxart's outstanding common shares. Ex. O (2019-09-12 Armistice Trading Records in Vaxart); SAC ¶ 274.

14. Armistice did not make any trades in Vaxart securities between June 3, 2020 and June 26, 2020. Ex. O (2019-09-12 Armistice Trading Records in Vaxart).

**CHANGES TO VAXART'S BOARD OF DIRECTORS**

15. After Armistice's investment in Vaxart in the fall of 2019, Boyd began to discuss potential changes to the board of directors with Vaxart's CEO Wouter Latour ("Latour"). *See* Ex. C (Boyd Dep.) at 98:23-101:9; Ex. I (Latour Dep.) at 17:18-19:2.

16. Armistice wanted two seats on the Vaxart board, which were filled by Boyd and Maher. *See* Ex. C. (Boyd Dep.) at 99:22-100:9.

17. Boyd was also in favor of adding two additional independent directors to Vaxart's board. *See* Ex. C (Boyd Dep.) at 100:5-101:9, 102:13-103:3.

18. Armistice proposed two individuals for Vaxart's board whom they believed were qualified candidates: Todd Davis ("Davis") and Robert Yedid ("Yedid"). *See* Ex. C (Boyd Dep.) at 103:18-105:10, 109:11-110:21; Ex. I (Latour Dep.) at 23:1-25:4, 31:23-32:14.

19. Armistice did not dictate that Vaxart appoint Davis and Yedid to the board. *See* Ex. I (Latour Dep.) at 30:3-12, 31:23-32:14, 153:13-154:1.

20. Davis and Yedid were vetted and approved by the full board. *See* Ex. A (Vaxart 30(b)(6) Dep.) at 23:5-24:10; Ex. I (Latour Dep.) at 25:16-24; Ex. P (2019-10-25 Vaxart BOD Meeting Minutes).

21. Davis and Yedid were determined by Vaxart's outside counsel to be independent directors. *See* Ex. A (Vaxart 30(b)(6) Dep.) at 24:11-25; Ex. I (Latour Dep.) at 25:25-27:4; Ex. P (2019-10-25 Vaxart BOD Meeting Minutes).

22. Prior to joining the board, neither Davis nor Yedid had ever worked with or done business with Boyd, Maher, or Armistice. *See* Ex. C (Boyd Dep.) at 104:10-105:20, 109:11-111:15; Ex. D (Davis Dep.) at 27:15-29:9, 32:3-13, 33:16-34:5; Ex. N (Yedid Dep.) at 19:19-20:15.

23. Davis was not a long-time business partner of Armistice. *See* Ex. D (Davis Dep.) at 27:15-29:9, 32:3-13, 33:16-34:5.

24. Yedid was not a close and longtime personal friend of Keith Maher. *See* Ex. N (Yedid Dep.) at 131:8-132:20.

25. Davis understood his fiduciary obligations ran to Vaxart. *See* Ex. D (Davis Dep.) at 43:6-44:11.

26. Davis, an independent director, acted in the best interests of Vaxart and all its shareholders, not Armistice. *See* Ex. D (Davis Dep.) at 43:6-45:19, 54:5-55:7, 98:25-99:13; Ex. I (Latour Dep.) at 241:12-242:7.

27. Yedid understood his fiduciary obligations ran to Vaxart. *See* Ex. N (Yedid Dep.) at 141:1-8.

28. Yedid, an independent director, acted in the best interests of Vaxart and all its shareholders, not Armistice. *See* Ex. N (Yedid Dep.) at 141:9-143:1, 159:10-160:8; Ex. I (Latour Dep.) at 241:12-242:7.

29. By February 2020, several members of the Vaxart board of directors—including Yedid, Davis, and Finney—had grown dissatisfied with and "lost confidence in" the performance of Latour as CEO, and Finney believed that Tucker had also lost confidence in Latour. *See* Ex. N (Yedid Dep.) at 149:2-150:22; Ex. D (Davis Dep.) at 60:20-62:19; Ex. F (Finney Dep.) at 80:3-84:16.

30. Boyd reached out to Andrei Floroiu ("Floroiu") in February 2020 about Vaxart's CEO position because Boyd thought Floroiu would be well qualified for the position as Latour's replacement. *See* Ex. R (2020-02 17 Text btwn Floroiu and Boyd); Ex. G (Floroiu Dep.) at 23:12-24:25; Ex. C (Boyd Dep.) at 172:8-174:13, 201:12-202:11, 203:22-205:8, 206:13-207:17.

31. Floroiu had worked at Armistice for approximately six months in 2013. *See* Ex. G (Floroiu Dep.) at 13:23-16:19, 17:4-19:2, 139:2-23.

32. Floroiu did not work with Boyd between the time that Floroiu left Armistice in 2013 and when Floroiu joined the Vaxart board in 2020. *See* Ex. G (Floroiu Dep.) at 139:2-10.

33. Floroiu did not consider himself to be a "social friend" of Boyd's at the time Boyd reached out to him in 2020. *See* Ex. G (Floroiu Dep.) at 11:18-23, 139:11-23.

34. With Boyd's introduction, Floroiu met with every director other than Latour in February and March 2020. *See* Ex. N (Yedid Dep.) at 47:17-48:14; Ex. F (Finney Dep.) at 72:25-74:12; Ex. J (Maher Dep.) at 108:6-19.

35. All of the directors were fully informed that Floroiu had worked with Boyd and at Armistice in the past. *See* Ex. F (Finney Dep.) at 76:5-77:23; Ex. J (Maher Dep.) at 109:16-25; Ex. N (Yedid Dep.) at 38:11-39:20; Ex. S (2020-03-00 Floroiu-Vaxart Director's Questionnaire) at 3.

36. All of the directors ultimately were in favor of Floroiu's CEO candidacy following their conversations. *See* Ex. N (Yedid Dep.) at 157:18-160:8; Ex. D (Davis Dep.) at 69:10-71:3, 80:9-81:14; Ex. F (Finney Dep.) at 72:25-74:12, 78:17-79:25; Ex. A (Vaxart 30(b)(6) Dep.) at 37:20-39:17; Ex. BB (2020-02-27 A. VanLent Email re Vaxart Leadership).

37. The board determined that, in order to maintain continuity in leadership while Vaxart's funding application to BARDA was pending, they would hold off on appointing Floroiu to be CEO. *See* Ex. G (Floroiu Dep.) at 114:25-116:9; Ex. D (Davis Dep.) at 183:18-184:16; Ex. T (2020-03-19 Floroiu IM Chain); Ex. C (Boyd Dep.) at 172:15-173:2.

38. Instead, the current Vaxart board of directors unanimously voted Floroiu to join the board on April 13, 2020. *See* Ex. U (2020-04-13 Vaxart BOD Unanimous Written Consent); Ex.

A (Vaxart 30(b)(6) Dep.) at 32:24-34:25; Ex. N (Yedid Dep.) at 157:18-160:8; Ex. D (Davis Dep.) at 74:10-75:5, 80:9-81:14; Ex. I (Latour Dep.) at 38:24-39:15, 41:1-3.

39. Floroiu understood that, as a director, his fiduciary duties ran solely to Vaxart. *See* Ex. G (Floroiu Dep.) at 146:18-148:1.

40. Floroiu replaced Latour as Vaxart CEO on June 12, 2020. *See* Ex. AN (2020-06-12 Vaxart BOD Meeting Minutes); Ex. I (Latour Dep.) at 41:13-42:7.

## VAXART'S COVID-19 DEVELOPMENT AND THE NHP STUDY INVITATION

41. Vaxart began work to develop a COVID-19 oral vaccine in January 2020. *See* Ex. B (Biehn Dep.) at 24:4-25:3; Ex. I (Latour Dep.) at 52:15-22; Ex. Q (2020-01-31 Vaxart Announces Initiation of Coronavirus Vaccine Program).

42. Sean Tucker ("Tucker") was Vaxart's Chief Science Officer. *See* Ex. M (Tucker Dep.) at 6:10-16.

43. In February 2020, representatives from the U.S. government reached out to Vaxart with interest in Vaxart's COVID-19 candidate. *See* Ex. L (Sinha Dep.) at 14:13-15:2; Ex. M (Tucker Dep.) at 20:21-22:12; Ex. C (Boyd Dep.) at 126:21-127:22; Ex. B (Biehn Dep.) at 29:11-30:9.

44. By early May 2020, the government identified Vaxart as a "priority" vaccine developer whose vaccine had the "profiles, characteristics, [and] attributes that [the government] thought would make effective vaccines for SARS CoV-2." *See* Ex. H (Houchens Dep.) at 25:25-27:16; Ex. I (Latour Dep.) at 61:16-68:24, 69:7-71:25; Ex. V (2020-05-03 Email Chain re BARDA interest in Covid-19 vaccine efforts).

45. In mid-May 2020, the White House formally announced Operation Warp Speed ("OWS"), the federal government's response to the COVID-19 pandemic. Ex. X (2020-05-15 Remarks by President Trump on Vaccine Development).

46. Tanima Sinha ("Sinha") was the lead interdisciplinary scientist and project officer at BARDA during the summer of 2020. *See* Ex. L (Sinha Dep.) at 12:20-13:17.

47. Sinha testified that she led OWS's non-clinical vaccine testing program. *See* Ex. L (Sinha Dep.) at 16:7-17:8.

48. Sinha testified that the OWS non-clinical program consisted of government-sponsored animal studies of private-sector vaccine candidates which would be used to "support the overall mission of the COVID response." *See* Ex. L (Sinha Dep.) at 16:22-17:8.

49. The U.S. government paid for the NHP studies, which would otherwise have cost several million dollars to administer. *See* Ex. L (Sinha Dep.) at 64:16-65:23.

50. In May 2020, OWS formally "invited [Vaxart] to participate in" the "Operation Warp Speed vaccine [pre-clinical] testing program." *See* Ex. L (Sinha Dep.) at 19:14-22:3, 61:5-15; Ex. AS (2020-07-24 Email Chain re Legacy Candidates as part of OWS); Ex. W (2020-05-12 Taylor Email to Tucker re Non-clinical testing of SARS2 vaccine candidate in NHP); Ex. I (Latour Dep.) at 73:14-76:22, 85:5-86:16.

51. Vaxart was one of only fourteen companies, out of hundreds of candidates, invited by OWS "to participate in the [COVID] response effort." *See* Ex. L (Sinha Dep.) at 58:15-59:20, 122:25-123:13.

52. Vaxart was one of only four companies participating in an OWS non-human primate study. *See* Ex. L (Sinha Dep.) at 33:6-34:15, 39:5-25, 41:9-42:2, 49:15-51:14, 61:5-15.

53. On May 18, 2020, a BARDA employee sent an email to Vaxart stating "We look forward to working with you on these studies as part of Operation Warp Speed." *See* Ex. Y (2020-05-18 Email Chain re BARDA Vaxart MTA Signed); Ex. L (Sinha Dep.) at 23:22-25:15.

54. On multiple occasions, the U.S. government told Vaxart that Vaxart "was a part of OWS." *See* Ex. L (Sinha Dep.) at 48:16-53:6; Ex. AT (2020-07-24 Email chain re Non-clinical testing of SARS2 vaccine candidate in NHPs).

55. On May 20, 2020, Sinha sent an email to Vaxart stating "Thank you for participating in OWS and availing your vaccine candidate to be tested within our pre-clinical network." *See* Ex. AD (2020-06-03 Email chain btwn Sinha and Tucker re Non-clinical testing of SARS2 vaccine candidate in NHPs) at HHS0000611; Ex. L (Sinha Dep.) at 32:8-34:15.

56. In numerous internal U.S. government emails, the NHP study in which Vaxart was participating was described as being part of OWS. *See* Ex. Z (2020-05-19 Sinha Calendar Appointment re BARDA Only discussion OWS-Vaxart and Nant); Ex. AA (2020-05-20 Florence email to Sinha re Vaxart-OWS Meeting on Friday 5-22-2020); Ex. L (Sinha Dep.) at 25:16-28:3.

57. Sinha was "not surprised" that Vaxart concluded that its participation in the NHP study might be considered material; during deposition, when she was asked why, Sinha testified: "Operation Warp Speed was at the forefront during the COVID response. It was in the news every day and being a part of it would further their science." *See* Ex. L (Sinha Dep.) at 35:6-37:18.

58. Armistice was not part of the core management team running Vaxart's COVID-19 program. *See* Ex. B (Biehn Dep.) at 25:24-26:17, 30:10-15, 31:6-14; Ex. M (Tucker Dep.) at 63:16-65:16, 172:11-23; Ex. C (Boyd Dep.) at 164:3-165:10, 183:13-184:1, 196:9-19; Ex. A (Vaxart 30(b)(6) Dep.) at 50:18-53:8.

59. Vaxart's management participated in repeated discussions with the government about the NHP study and negotiated the relevant documentation without any involvement of Armistice. *See* Ex. A (Vaxart 30(b)(6) Dep.) at 50:18-53:8; Ex. M (Tucker Dep.) at 59:8-60:19; Ex. L (Sinha Dep.) at 69:2-13; Ex. B (Biehn Dep.) at 75:14-76:1.

60. Boyd and Maher were not involved in, or kept apprised of, Vaxart's discussions with the U.S. government regarding the OWS-funded NHP study. *See* Ex. AV (Excel Spreadsheet submitted to FINRA); Ex. M (Tucker Dep.) at 64:17-65:16; Ex. A (Vaxart 30(b)(6) Dep.) at 50:18-52:14.

61. On June 6, 2020, all of the Vaxart directors were emailed board materials for a June 8, 2020 board meeting. *See* Ex. I (Latour Dep.) at 176:12-17; Ex. AG (2020-06-06 Latour Email to Finney re Upcoming Board Meeting Update).

62. The board presentation contained a page entitled "COVID Funding" which included a bullet point entry that stated: "BARDA/NIH (OWS) – Funding challenge study in NHP." *See* Ex. AI (2020-06-08 Vaxart BOD Meeting Handout) at 5; Ex. D (Davis Dep.) at 124:12-127:3.

63. At the June 8, 2020 board meeting, Vaxart's management informed the board for the first time that Vaxart "was invited to participate in a non-human primate study organized by Operation Warp Speed." *See* Ex. AJ (2020-06-08 Vaxart BOD Minutes) at 2; Ex. I (Latour Dep.) at 117:13-23; Ex. B (Biehn Dep.) at 218:8-220:13; Ex. F (Finney Dep.) at 92:6-94:10, 96:4-98:2; Ex. C (Boyd Dep.) at 183:13-19, 196:9-197:23.

64. All attendees at the June 8, 2020 board meeting who recalled the board's reaction to the NHP Study news testified that it was a very positive reaction. *See* Ex. F (Finney Dep.) at 98:3-9; Ex. G (Floroiu Dep.) at 183:5-23; Ex. C (Boyd Dep.) at 197:14-199:6; Ex. B (Biehn Dep.) at 108:16-21.

65. Brant Biehn ("Biehn") testified that members of management felt a "certain amount of euphoria" when they learned the news about the NHP Study. *See* Ex. B (Biehn Dep.) at 108:16-109:13.

66. Vaxart never reached the conclusion that the NHP study was immaterial. *See* Ex. A (Vaxart 30(b)(6) Dep.) at 50:18-53:8; Ex. I (Latour Dep.) at 143:9-145:6, 217:16-218:21; Ex. G (Floroiu Dep.) at 50:11-55:3, 194:12-195:10, 215:14-25, 220:19-221:7.

67. Biehn believed that the NHP Study "was huge for us" and a "major milestone." *See* Ex. B (Biehn Dep.) at 212:1-14, 79:9-80:10.

68. Michael Finney believed the NHP Study was an "important event." *See* Ex. F (Finney Dep.) at 100:6-11.

69. Floroiu believed the NHP Study was "a big validation of the potential role that Vaxart's vaccine could play in the pandemic." *See* Ex. G (Floroiu Dep.) at 183:5-23.

70. Floroiu believed "that the [NHP Study] should be disclosed to investors and was material." *See* Ex. G (Floroiu Dep.) at 194:12-195:2, 211:4-14, 215:14-25, 218:6-12.

71. Latour believed that the NHP Study "clearly . . . could be considered important." *See* Ex. I (Latour Dep.) at 101:8-102:13.

72. Tucker believed the NHP Study was "important information." *See* Ex. M (Tucker Dep.) at 87:24-88:25, 76:22-77:11, 83:15-86:11.

73. The United States government paid for the NHP Study, which would otherwise have cost at least $1 million. *See* Ex. B (Biehn Dep.) at 200:4-23; Ex. L (Sinha Dep.) at 64:16-66:9.

74. Every member of Vaxart management who testified on the subject believed that the NHP Study was part of Operation Warp Speed. *See* Ex. I (Latour Dep.) at 107:8-108:4, 113:17-114:18, 124:23-125:7; Ex. G (Floroiu Dep.) at 73:7-74:2, 203:3-19; Ex. M (Tucker Dep.) at 59:8-60:19, 67:4-24, 71:11-72:2, 101:7-104:9; Ex. B (Biehn Dep.) at 87:21-88:12, 103:14-104:9, 190:3-14.

75. Latour believed that there was no difference between "[w]orking with Operation Warp Speed" and "being selected by Operation Warp Speed. . ." because Vaxart was in fact "one of the very few that were selected to work with them." *See* Ex. I (Latour Dep.) at 172:3-173:5, 174:4-15.

76. After learning of Vaxart's OWS selection, Boyd immediately informed Armistice's general counsel of the news. *See* Ex. C (Boyd Dep.) at 212:18-213:5.

77. Immediately after learning of Vaxart's OWS selection, Armistice placed Vaxart on Armistice's restricted list. *See* Ex. C (Boyd Dep.) at 230:6-24, 212:18-213:5; Ex. BF (Armistice Restricted List).

78. Armistice traders are physically unable to complete trades in securities that are on the restricted list. *See* Ex. C (Boyd Dep.) at 212:18-213:22.

79. Armistice believed the NHP study selection constituted MNPI that needed to be disclosed before Armistice could trade Vaxart's stock. *See* Ex. C (Boyd Dep.) at 230:6-24, 233:6-234:18, 240:15-25, 248:10-23.

80. Boyd believed that OWS's decision to fund the NHP study suggested that the government believed in Vaxart's technology, and that funding (either from the U.S. government or from some other source) would likely follow. *See* Ex. C (Boyd Dep.) at 162:7-20, 184:11-185:15, 195:3-197:21, 139:21-142:18.

81. Boyd expected "that [Vaxart's] stock [price] would likely go up when the public was made aware that Vaxart was working with the government." *See* Ex. C (Boyd Dep.) at 260:22-261:10.

82. The NHP study of Vaxart's vaccine candidate began in August 2020. *See* Ex. AW (2020-08-19 Latour Email to Floroiu re NHP has started); Ex. I (Latour Dep.) at 128:21-129:17.

83. Vaxart ultimately received over $400 million in BARDA funding for its COVID-19 vaccine. *See* Ex. G (Floroiu Dep.) at 225:14-25.

**THE OWS PRESS RELEASE**

84. A week before the June 8, 2020 board meeting, Vaxart's management began to discuss issuing a press release disclosing the NHP Study. *See* Ex. AE (2020-06-03 Email Chain re OWS selects billionaire scientists Covid-19 Vaccine for monkey tests); Ex. B (Biehn Dep.) at 79:9-80:10, 211:19-212:14; Ex. I (Latour Dep.) at 94:12-95:21.

85. Vaxart's VP of Commercial Operations Brant Biehn wrote the first draft of the OWS Release. *See* Ex. AF (2020-06-04 Biehn Email to Tucker re Warped Speed PR); Ex. AB (2020-06-00 BARDA's Warp Speed to Include Vaxart Covid-19 Vaccine); Ex. B (Biehn Dep.) at 98:15-22, 101:1-102:10.

86. Biehn emailed the first draft of the OWS Release to Vaxart's Chief Science Officer Sean Tucker on June 4, 2020. *See* Ex. AF (2020-06-04 Biehn Email to Tucker re Warped Speed PR); Ex. AB (2020-06-00 BARDA's Warp Speed to Include Vaxart Covid-19 Vaccine); Ex. B (Biehn Dep.) at 101:1-102:10.

87. Biehn phrased the press release in such a way that it would be issued as soon as the government committed to fund the study, but before the study actually commenced. *See* Ex. B (Biehn Dep.) at 215:14-218:4.

88. On June 10, 2020, Vaxart's PR firm LifeSci's employee Hans Herklots sent an email with a draft of the OWS Release with several comments; in the transmittal email, Herklots stated that he was "add[ing] OWS to title of release, since that will move the needle." *See* Ex. AL

(2020-06-10 Herklots Email to Biehn re Draft Warp Speed PR); Ex. M (Tucker Dep.) at 98:17-100:19; Ex. B (Biehn Dep.) at 56:2-19, 125:13-126:9, 232:15-233:20, 239:7-23.

89. Vaxart had engaged LifeSci years before Armistice invested, based on an independent relationship between Latour and LifeSci's principal Hans Herklots. *See* Ex. I (Latour Dep.) at 43:10-47:15.

90. On June 11, 2020, Biehn emailed a revised version of the OWS Release with further edits made by Tucker but no changes to the headline; in the transmittal email, Biehn stated: "I think we are close to a final draft." *See* Ex. AM (2020-06-11 Biehn Email to Herklots re Edits to NHP Dosing PR); Ex. B (Biehn Dep.) at 239:24-240:17.

91. The OWS Release was drafted, revised and finalized by Vaxart's management and Vaxart's PR firm LifeSci. *See* Ex. AV (Excel Spreadsheet submitted to FINRA); Ex. K (Marano Dep.) at 67:9-68:1; Ex. M (Tucker Dep.) at 98:17-102:16; Ex. I (Latour Dep.) at 102:7-105:3, 108:6-109:13; Ex. B (Biehn Dep.) at 115:13-18, 240:18-25; Ex. AX (2020-06-14 Latour-Biehn Email Exchange re NHP dosing PR); Ex. AK (2020-06-10 Email Chain btwn Tucker and Biehn re NHP dosing PR); Ex. AC (2020-06-00 Vaxart's Vaccine Selected for the US Government's OWS).

92. Armistice, Boyd, and Maher did not draft, revise, or see any versions of the OWS Release and did not have any of the language of the OWS Release previewed to them. *See* Ex. A (Vaxart 30(b)(6) Dep.) at 48:15-49:13; Ex. AV (Excel Spreadsheet submitted to FINRA); Ex. I (Latour Dep.) at 103:8-105:3; Ex. B (Biehn Dep.) at 227:9-229:8; Ex. K (Marano Dep.) at 55:19-56:5, 67:9-68:1, 90:20-25; Ex. C (Boyd Dep.) at 243:19-244:1, 253:25-254:21, 259:24-260:8; Ex. J (Maher Dep.) at 70:6-71:13; Ex. BC (Boyd Decl.) ¶ 5; Ex. BD (Maher Decl.) ¶ 5.

93. Up until the OWS release hit the wire on the morning of June 26, 2020, Armistice, Boyd, and Maher were not aware of the OWS Release's headline or any of the release's language. *See* Ex. A (Vaxart 30(b)(6) Dep.) at 48:15-49:13; Ex. AV (Excel Spreadsheet submitted to FINRA); Ex. B (Biehn Dep.) at 227:9-229:8; Ex. K (Marano Dep.) at 55:19-56:5, 67:9-68:1,

90:20-25; Ex. C (Boyd Dep.) at 243:19-244:1, 252:25- 254:21, 259:24-260:8; Ex. J (Maher Dep.) at 70:6-71:13.

94. Vaxart submitted an excel spreadsheet to FINRA listing the individuals who drafted and reviewed the OWS Release. *See* Ex. AV (Excel Spreadsheet submitted to FINRA); Ex. A (Vaxart 30(b)(6) Dep.) at 61:25-65:20; Ex. B (Biehn Dep.) at 241:17-242:24, 256:18-258:4.

95. The excel spreadsheet submitted to FINRA lacks any reference to Boyd or Maher revising or seeing the OWS Release. *See* Ex. AV (Excel Spreadsheet submitted to FINRA).

96. The reference to Boyd and Mayer on the June 25, 2020 line of an earlier draft of this document, as explained by the draft's author Biehn, indicated that Boyd and Maher knew about the press release on that date, not that they participated in any revisions. *See* Ex. B (Biehn Dep.) 256:18-259:18.

97. The OWS Release was substantially drafted and ready to be issued by no later than June 11, 2020, before Floroiu became CEO and saw the press release. *See* Ex. AM (2020-06-11 Biehn Email to Herklots re Edits to NHP Dosing PR); Ex. B (Biehn Dep.) at 239:24-240:17; Ex. G (Floroiu Dep.) at 54:14-55:3.

98. When Floroiu became CEO, he learned for the first time that Latour's management team had drafted the OWS Release. *See* Ex. G (Floroiu Dep.) at 51:10-53:17.

99. After Floroiu became CEO, he was sent a copy of the draft OWS Release for the first time. *See* Ex. G (Floroiu Dep.) at 54:14-55:3.

100. In early June 2020, Vaxart management determined to wait to issue the OWS Release until the first monkey was dosed. *See* Ex. B (Biehn Dep.) at 109:14-110:4, 117:10-118:21, 222:18-224:7, 225:2-18.

101. Vaxart's management initially determined to wait to issue the finalized OWS Release because (1) the government may ultimately back out of the study and Vaxart did not want to look foolish, and (2) Vaxart had concerns that issuing the OWS Release before the study commenced could risk upsetting the government. *See* Ex. B (Biehn Dep.) at 109:14-110:4, 222:18-224:7, 225:2-18; Ex. M (Tucker Dep.) at 105:3-106:9; Ex. I (Latour Dep.) at 143:9-145:6.

102. Vaxart always intended to disclose the NHP Study on or before the first day of the NHP study. *See* Ex. B (Biehn Dep.) at 117:10-118:21, 224:10-225:1; Ex. M (Tucker Dep.) at 107:6-18; Ex. G (Floroiu Dep.) at 194:3-11, 204:12-207:5; Ex. I (Latour Dep.) at 143:9-145:6, 200:14-201:3.

103. On June 2, 2020, Tucker sent an email to Tanima Sinha which stated: "We're a public company and our participation in OWS might be considered material. Who do we need to discuss with about putting out a press release?" *See* Ex. L (Sinha Dep.) at 32:8-35:13; Ex. AD (2020-06-03 Email chain btwn Sinha and Tucker re Non-clinical testing of SARS2 vaccine candidate in NHP) at HHS0000609.

104. Sinha did not have any concerns with the OWS Release when she read it after it was issued. *See* Ex. L (Sinha Dep.) at 43:4-46:24.

105. Sinha does not believe the OWS Release to be false or misleading. *See* Ex. L (Sinha Dep.) at 43:4-46:24, 129:19-24.

106. Shortly after he became CEO, Floroiu learned that Vaxart planned to issue the OWS Release upon dosing of the first monkey. *See* Ex. G (Floroiu Dep.) at 51:10-53:17.

107. Floroiu initially wanted to release the OWS Release earlier, because it was "material information that investors would want to know" as well as "a very favorable, meaningful development." *See* Ex. G (Floroiu Dep.) at 194:12-195:10.

108. Floroiu was also concerned about waiting to release the OWS Release because some public reporting already linked Vaxart to OWS, and Floroiu felt that disclosure would "clear the air" and avoid investor confusion. *See* Ex. G (Floroiu Dep.) at 200:12-202:6; Ex. AP (2020-06-22 Email chain re OWS potential press release).

109. Tucker explained to Floroiu that the NHP study might not go forward if Vaxart could not secure an endoscope, a key medical device necessary to dose monkeys with an oral vaccine. *See* Ex. G (Floroiu Dep.) at 205:8-207:11; Ex. M (Tucker Dep.) at 221:2-222:21.

110. On June 22, 2020, Tucker sent Floroiu an email which stated "BARDA told me they cleared up the endoscope issue. They are now waiting for paperwork from Battelle." *See* Ex. AP (2020-06-22 Email chain re OWS potential press release); Ex. G (Floroiu Dep.) at 205:8-12.

111. As of the morning of June 25, 2020, Floroiu believed that the "time ha[d] come" to issue the press release. *See* Ex. G (Floroiu Dep.) at 50:11-55:3, 205:8-207:11.

112. When Floroiu convened a meeting with his management team on June 25, 2020 to discuss the OWS Release, certain members of management were still opposed to issuance until the first monkey was dosed, to avoid "piss[ing] off the government." *See* Ex. G (Floroiu Dep.) at 54:14-55:16.

113. Boyd testified that between June 8 and June 25, 2020, Boyd "didn't know when [Vaxart] was going to release that they were working with the government" and that he was concerned that Armistice's inability to trade Vaxart's stock based on its knowledge of the NHP Study would be "carried forward essentially indefinitely" until the news was publicly disseminated. *See* Ex. C (Boyd Dep.) at 211:23-212:5, 239:11-240:25, 249:22-250:5.

114. Boyd was "surprised that [the NHP Study had not been] press released already" because he "felt very strongly that it was incredibly material and that it should be disclosed." *See* Ex. C (Boyd Dep.) at 241:1-17.

115. On June 25, 2020 at 6:57 pm EDT, Boyd sent an email to Floroiu referencing a "news release [Vaxart] intend[s] to put out tomorrow AM" and "request[ing] preclearance to trade after such news is disseminated." *See* Ex. AR (2020-06-25 Tucker email to Floroiu re Preclearance).

116. On June 25, 2020 at 7:05 pm EDT, Floroiu sent Boyd a responsive email stating: "We just had a full management team meeting, with [Vaxart's attorney] Faith [Charles] also, and concluded that what was discussed at the last Board meeting was not MN[P]I, and therefore we confirm the previous CEO's decision that we do not need to put out a press release." *See* Ex. AR (2020-06-25 Tucker email to Floroiu re Preclearance).

117. Floroiu testified that the "management team meeting" referenced in his June 25, 2020 email concerned "whether the time ha[d] come for us to put out the press release." *See* Ex. G (Floroiu Dep.) at 48:10-55:24.

118. On June 25, 2020 at 7:36 pm EDT, Boyd sent Floroiu a responsive email stating: "With all due respect, as a Firm, we are unsure if we agree with your assessment. If the Company is not willing to release the information, Armistice may choose to do so." *See* Ex. AR (2020-06-25 Tucker email to Floroiu re Preclearance).

119. After receiving Boyd's June 25, 2020 7:36 pm EDT email, Floroiu met again with his management team who recommended that he reach out to Vaxart's government consultants to determine if Vaxart's concerns about upsetting the government were valid. *See* Ex. G (Floroiu Dep.) at 57:12-58:7.

120. Vaxart's government consultant John Clerici voiced his opinion that the government was not likely to be upset by the press release. *See* Ex. G (Floroiu Dep.) at 213:13-214:3.

121. In the evening of June 25, 2020, Floroiu made the decision to issue the press release the following morning. *See* Ex. G (Floroiu Dep.) at 212:24-215:3.

122. Once Armistice confirmed that the OWS Release disclosed the NHP study, it removed Vaxart from its restricted list. *See* Ex. C (Boyd Dep.) at 230:6-24, 255:9-256:7; Ex. BF.

123. Armistice sold nearly all of its Vaxart stock over the next two trading days. *See* Ex. O (2019-09-12 Armistice Trading Records in Vaxart).

124. Boyd decided to sell nearly all of Armistice's Vaxart stock because the market price of Vaxart's stock had changed Armistice's risk/reward calculation and because the increased stock price had rendered Armistice over-exposed to Vaxart. *See* Ex. C (Boyd Dep.) at 270:18-271:14.

125. Armistice did not believe that the OWS Release was false or misleading in any way. *See* Ex. C (Boyd Dep.) at 260:18-21; Ex. BC (Boyd Decl.) ¶ 6; Ex. BD (Maher Decl.) ¶ 6.

126. Armistice lacked any information contradicting the statement that Vaxart had been "selected" to participate in OWS. *See* Ex. A (Vaxart 30(b)(6) Dep.) at 51:25-52:14; Ex. BC (Boyd Decl.) ¶ 6; Ex. BD (Maher Decl.) ¶ 6.

**ATTWILL MEDICAL SOLUTIONS**

127. In mid-June 2020, Vaxart began discussions with Attwill Medical Solutions ("Attwill") regarding the provision of lyophilization, *i.e.*, freeze-drying services. *See* Ex. AO (2020-06-16 Jackson Email to Logomasini).

128. Unlike traditional vaccine manufacturers who can keep their vaccines in liquid form until they are injected, Vaxart needed to lyophilize its vaccine candidate so it could coat it onto room temperature-stable tablets. *See* Ex. M (Tucker Dep.) at 40:16-41:17.

129. As of June 2020, Vaxart did not have the ability to lyophilize in bulk its vaccine candidate in-house, and its two existing vaccine manufacturing partners did not have this capability either. *See* Ex. M (Tucker Dep.) at 41:18-42:8; Ex. B (Biehn Dep.) at 153:10-154:10.

130. Tucker believed that Attwill possessed "some of the largest lyophilizers in the U.S." *See* Ex. M (Tucker Dep.) at 42:9-24.

131. Vaxart and Attwill negotiated a non-binding memorandum of understanding ("MOU") expressing the parties' mutual interest in negotiating a formal agreement. *See* Ex. AQ (2020-06-23 MOU btwn Vaxart and Attwill); Ex. A (Vaxart 30(b)(6) Dep.) at 94:6-11; Ex. B (Biehn Dep.) at 152:25-153:6.

132. Vaxart's management's technical team conducted due diligence into Attwill's lyophilization capabilities, assuring itself that Attwill had both the technology and manpower to manufacture over a billion vaccine doses per year. *See* Ex. G (Floroiu Dep.) at 125:5-17, 226:1-20; Ex. M (Tucker Dep.) at 116:23-117:16, 119:18-120:20, 124:10-21, 126:13-130:15; Ex. B (Biehn Dep.) at 270:14-271:4.

133. Vaxart's management drafted a press release announcing the intended partnership with Attwill that was issued on June 25, 2020. *See* Ex. B (Biehn Dep.) at 155:9-156:7, 265:6-12, 266:1-16.

134. LifeSci's Hans Herklots provided revisions to the Attwill Release in which the reference to a "billion" doses was inserted into the subheadline. Ex. K (Marano Dep.) at 54:15-55:18.

135. Boyd and Maher had never heard of Attwill before they read the Attwill Release and were not involved in, or aware of, the discussions with Attwill, the negotiations of the MOU, or Vaxart's due diligence into Attwill's capabilities. *See* Ex. AV (Excel Spreadsheet submitted to FINRA); Ex. A (Vaxart 30(b)(6) Dep.) at 55:16-56:24; Ex. B (Biehn Dep.) at 269:22-270:13, 274:8-12; Ex. C (Boyd Dep.) at 284:22-286:16; Ex. J (Maher Dep.) at 103:15-105:24.

136. Boyd and Maher did not participate in the drafting of the Attwill Release or see a copy of the press release before it was issued, and they did not have any of the language of the Attwill Release previewed to them. *See* Ex. AV (Excel Spreadsheet submitted to FINRA); Ex. A (Vaxart 30(b)(6) Dep.) at 47:13-48:5; Ex. C (Boyd Dep.) at 284:22-286:16; Ex. J (Maher Dep.) at 103:15-104:22; Ex. M (Tucker Dep.) at 136:19-137:8; Ex. G (Floroiu Dep.) at 230:15-25; Ex. BC (Boyd Decl.) ¶ 3; Ex. BD (Maher Decl.) ¶ 3.

137. Boyd and Maher did not believe that the Attwill Release was false or misleading in any way. *See* Ex. BC (Boyd Decl.) ¶ 4; Ex. BD (Maher Decl.) ¶ 4; Ex. C (Boyd Dep.) at 286:1-9.

138. Floroiu never communicated with Boyd or Maher about the Attwill Release. *See* Ex. AV (Excel Spreadsheet submitted to FINRA); Ex. G (Floroiu Dep.) at 230:15-25, 232:22-25.

139. Floroiu understood Maher's June 24, 2020 text message to be a general request relating to all press releases. *See* Ex. G (Floroiu Dep.) at 168:18-169:13.

## <u>VAXART'S INSIDER TRADING POLICY</u>

140. The June 25, 2020 amendment to Vaxart's insider trading policy was supported by the full board of directors as part of an "iterative" way of "cleaning up the policy and shortening the time frame for blackout period." Ex. A (Vaxart 30(b)(6) Dep.) at 58:8-60:18, 136:20-137:24.

141. Vaxart does not have any further information about what led to the insider trading amendment. Ex. A (Vaxart 30(b)(6) Dep.) at 58:8-60:18, 136:20-137:24.

142. Vaxart's insider trading policy mandated that insiders like Boyd resolve uncertainties about whether information constituted MNPI in favor of finding MNPI. *See* Ex. AH (2020-06-08 Insider Trading and Securities Law Compliance Policy of Vaxart) at 3; Ex. E (Echerd Dep.) at 137:14-138:23.

**THE JULY 25, 2020 *NEW YORK TIMES* ARTICLE**

143. On July 25, 2020, the New York Times published an article discussing Vaxart's OWS Release. *See* Ex. AU (2020-07-25 Corporate Insiders Pocket $1Billion-NYT Article).

144. The July 25, 2020 New York Times article discussing Vaxart's OWS release stated that Vaxart was "not among the companies selected to receive significant financial support from Warp Speed to produce hundreds of millions of vaccine doses." *See* Ex. AU (2020-07-25 Corporate Insiders Pocket $1Billion-NYT Article).

145. The July 25, 2020 New York Times article discussing Vaxart's OWS release quoted Michael Caputo, HHS's assistant secretary for public affairs. *See* Ex. AU (2020-07-25 Corporate Insiders Pocket $1Billion-NYT Article). Caputo was not deposed in this case.

146. Tanima Sinha—the BARDA scientist running the NHP study—had never heard of Caputo and had not worked with him in any capacity in the NHP Study. *See* Ex. L (Sinha Dep.) at 55:21-56:23.

147. On July 27, 2020, the first trading day after the New York Times article, Vaxart's stock closed at over $11 per share, nearly 40% higher than the closing stock price on June 26, 2020, the day of the OWS Release. Dkt. 325-2 at 45-46.

**VAXART'S JULY STOCK OFFERING**

148. On July 8, 2020, Vaxart filed publicly a Form S-3 Registration statement which stated that Vaxart's "oral COVID-19 vaccine has been selected to participate in a non-human primate challenge study, organized and funded by Operation Warp Speed," and further stated that Vaxart "cannot assure you that Operation Warp Speed will have a positive impact on our financial results." *See* Ex. BE at 48-49; Ex. E (Echerd Dep.) at 173:20-174:17.

149. On July 13, 2020, institutional investor RA Capital made an equity investment in Vaxart of approximately $90 million at Vaxart's market stock price. *See* Ex. G (Floroiu Dep.) at 239:15-243:9.

150. RA Capital made its $90 million investment after being brought under a confidentiality agreement, performing due diligence, and knowing that Vaxart "hadn't received any direct funding." *See* Ex. G (Floroiu Dep.) at 239:15-243:9.

**AUTHENTICATION OF EXHIBITS**

151. A true and correct copy of the excerpts of the deposition transcript of Edward B. Berg (Vaxart's 30(b)(6)) is attached hereto as **Exhibit A.**

152. A true and correct copy of the excerpts of the deposition transcript of Brant Biehn is attached hereto as **Exhibit B**.

153. A true and correct copy of the excerpts of the deposition transcript of Steven Boyd is attached hereto as **Exhibit C.**

154. A true and correct copy of the excerpts of the deposition transcript of Todd Davis is attached hereto as **Exhibit D.**

155. A true and correct copy of the excerpts of the deposition transcript of Margaret Echerd is attached hereto as **Exhibit E.**

156. A true and correct copy of the excerpts of the deposition transcript of Michael Finney is attached hereto as **Exhibit F.**

157. A true and correct copy of the excerpts of the deposition transcript of Andrei Floroiu is attached hereto as **Exhibit G.**

158. A true and correct copy of the excerpts of the deposition transcript of Christopher Houchens is attached hereto as **Exhibit H.**

159. A true and correct copy of the excerpts of the deposition transcript of Wouter W. Latour is attached hereto as **Exhibit I.**

160. A true and correct copy of the excerpts of the deposition transcript of Keith Maher is attached hereto as **Exhibit J.**

161. A true and correct copy of the excerpts of the deposition transcript of Patrick Marano is attached hereto as **Exhibit K.**

162. A true and correct copy of the excerpts of the deposition transcript of Tanima Sinha is attached hereto as **Exhibit L.**

163. A true and correct copy of the excerpts of the deposition transcript of Sean Tucker is attached hereto as **Exhibit M.**

164. A true and correct copy of the excerpts of the deposition transcript of Bob Yedid is attached hereto as **Exhibit N.**

165. A true and correct copy of Armistice Trading Records in Vaxart dated from September 12, 2019-June 29, 2020 with Bates Number ARM-HIMMELBERG_0028037-0028166 is attached hereto as **Exhibit O.**

166. A true and correct copy of Vaxart's October 25, 2019 Board Meeting Minutes with Bates Number VXRTDEF-CA-0000514567-0000514571 is attached hereto as **Exhibit P.**

167. A true and correct copy of a Vaxart Press Release dated January 31, 2020 entitled "Vaxart Announces Initiation of Coronavirus Vaccine Program" is attached hereto as **Exhibit Q.**

168. A true and correct copy of a text message chain between Floroiu and Boyd dated February 17, 2020 with Bates Number ARM-HIMMELBERG_0023878-23879 is attached hereto as **Exhibit R.**

169. A true and correct copy of Vaxart's Director's Questionnaire for Andrei Floroiu with Bates Numbers VXRTDEF-CA-0000286016-0000286066 is attached hereto as **Exhibit S**.

170. A true and correct copy of an Instant Message Chain from A. Floroiu dated March 19, 2020 with Bates Number VXRTDEF-CA-0000284965-284971 is attached hereto as **Exhibit T.**

171. A true and correct copy of an Action by Unanimous Written Consent of the Board of Directors of Vaxart dated April 13, 2020 with Bates Number VXRTDEF-CA-0000488195-488197 is attached hereto as **Exhibit U.**

172. A true and correct copy of an email chain from W. Latour dated 5/3/2020 with Bates Number VXRTDEF-CA-0000004605-4607 is attached hereto as **Exhibit V.**

173. A true and correct copy of an email chain from Kimberly Taylor dated 5/12/2020 with Bates Number HHS0001447-1449 is attached hereto as **Exhibit W.**

174. A true and correct copy of the Remarks by President Trump on Vaccine Development dated May 15, 2020 is attached hereto as **Exhibit X.**

175. A true and correct copy of an email chain from Allison Totura dated 5/18/2020 with Bates Number HHS0000229-235 is attached hereto as **Exhibit Y.**

176. A true and correct copy of a calendar appointment from T. Sinha dated 5/19/2020 with Bates Number HHS0000979 is attached hereto as **Exhibit Z.**

177. A true and correct copy of an email from Clint Florence dated 5/20/2020 with Bates Number HHS0001417-1418 is attached hereto as **Exhibit AA.**

178. A true and correct copy of a draft Press Release entitled "BARDA's Warp Speed to Include Vaxart Covid-19 Vaccine" with Bates Number VXRTDEF-CA-0000001804-0000001806 is attached hereto as **Exhibit AB.**

179. A true and correct copy of a draft Press Release entitled "Vaxart's Vaccine Selected for the U.S. Government's Operation Warp Speed" with Bates Number VXRTDEF-CA-0000000119-121 is attached hereto as **Exhibit AC.**

180. A true and correct copy of an email chain from T. Sinha dated 6/3/2020 with Bates Number HHS0000608-612 is attached hereto as **Exhibit AD.**

181. A true and correct copy of an email chain from B. Biehn dated 6/3/2020 with Bates Number VXRTDEF-CA-0000001160-1162 is attached hereto as **Exhibit AE.**

182. A true and correct copy of an email from B. Biehn dated 6/4/2020 with Bates Number VXRTDEF-CA-0000001803 is attached hereto as **Exhibit AF.**

183. A true and correct copy of an email from W. Latour dated 6/6/2020 with Bates Number VXRTDEF-CA-0000084182 is attached hereto as **Exhibit AG.**

184. A true and correct copy of the Insider Trading and Securities Law Compliance Policy of Vaxart dated June 8, 2020 with Bates Number VXRTDEF-CA-0000132261-132268 is attached hereto as **Exhibit AH.**

185. A true and correct copy of a Vaxart Board Meeting Handout dated June 8, 2020 with Bates Number ARM-HIMMELBERG_0005412-5432 is attached hereto as **Exhibit AI.**

186. A true and correct copy of the Minutes of a Meeting of the Board of Directors of Vaxart dated June 8, 2020 with Bates Number VXRTDEF-CA-0000338753-38757 is attached hereto as **Exhibit AJ.**

187. A true and correct copy of an email chain from S. Tucker dated 6/10/2020 with Bates Number VXRTDEF-CA-0000000118 is attached hereto as **Exhibit AK.**

188. A true and correct copy of an email chain from H. Herklots dated 6/10/2020 with Bates Number VXRTDEF-CA-0000000099-100 is attached hereto as **Exhibit AL.**

189. A true and correct copy of an email and its attachment from B. Biehn dated 6/11/2020 with Bates Number VXRTDEF-CA-0000084787-84790 is attached hereto as **Exhibit AM.**

190. A true and correct copy of the Minutes of a Meeting of the Board of Directors of Vaxart dated June 12, 2020 with Bates Number VXRTDEF-CA-0000000824-825 is attached hereto as **Exhibit AN.**

191. A true and correct copy of an email from M. Logomasini dated June 16, 2020 with Bates Number ATTWILL_07563 is attached hereto as **Exhibit AO.**

192. A true and correct copy of an email chain from S. Tucker dated 6/22/2020 with Bates Number VXRTDEF-CA-0000001025-1026 is attached hereto as **Exhibit AP.**

193. A true and correct copy of a Memorandum of Understanding between Vaxart and Attwill Medical Solutions Sterilflow dated June 23, 2020 with Bates Number ATTWILL_02561-02562 is attached hereto as **Exhibit AQ.**

194. A true and correct copy of an email chain from S. Tucker dated 6/25/2020 with Bates Number VXRTDEF-CA-0000001129-1130 is attached hereto as **Exhibit AR.**

195. A true and correct copy of an email from T. Sinha dated 7/24/2020 with Bates Number HHS0001052 is attached hereto as **Exhibit AS.**

196. A true and correct copy of an email from N. Baldassarre dated 7/24/2020 with Bates Number HHS0000869-873 is attached hereto as **Exhibit AT.**

197. A true and correct copy of a New York Times article entitled “Corporate Insiders Pocket $1 Billion in Rush for Coronavirus Vaccine” is attached hereto as **Exhibit AU.**

198. A true and correct copy of an Excel spreadsheet submitted to FINRA is attached hereto as **Exhibit AV.**

199. A true and correct copy of an email from W. Latour dated 8/19/2020 with Bates Number VXRTDEF-CA-0000358316-358317 is attached hereto as **Exhibit AW.**

200. A true and correct copy of an email from W. Latour dated 6/14/2020 with Bates Number VXRTDEF-CA-0000084963 is attached hereto as **Exhibit AX.**

201. A true and correct copy of Plaintiff Ani Hovhannisyan’s Objections and Responses to the Armistice Defendants’ Interrogatories to All Plaintiffs, Set Two is attached hereto as **Exhibit AY.**

202. A true and correct copy of Plaintiff Langdon Elliott’s Objections and Responses to the Armistice Defendants’ Interrogatories to All Plaintiffs, Set Two is attached hereto as **Exhibit AZ.**

203. A true and correct copy of Lead Plaintiff Wei Huang’s Objections and Responses to the Armistice Defendants’ Interrogatories to All Plaintiffs, Set Two is attached hereto as **Exhibit BA.**

204. A true and correct copy of an email chain from Anne VanLent dated 2/27/2020 regarding Vaxart Leadership with Bates Number VXRTDEF-CA-0000483356-483364 is attached hereto as **Exhibit BB.**

205. A true and correct copy of the declaration of Steven Boyd is attached hereto as **Exhibit BC.**

206. A true and correct copy of the declaration of Keith Maher is attached hereto as **Exhibit BD.**

207. A true and correct copy of a Vaxart, Inc. Form S-3 Registration filed with the SEC on July 8, 2020 is attached hereto as **Exhibit BE**.

208. A true and correct copy of a document entitled Armistice Capital, LLC Restricted List with Bates number ARM-HIMMELBERG_0037105 is attached hereto as **Exhibit BF**.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 3rd day of April at Los Angeles, California.

Joshua A. Rubin