Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Class Counsel*

[Additional counsel on signature page]

William C. Fredericks (*pro hac vice*)
Jeffrey P. Jacobson (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 233-6444
Facsimile: (212) 233-6334
wfredericks@scott-scott.com
jjacobson@scott-scott.com

*Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re VAXART, INC. SECURITIES LITIGATION

*This Document Relates to:*
*ALL ACTIONS*

Case No. 3:20-cv-05949-VC

CLASS ACTION

**DECLARATION OF RAFFI MELANSON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO ARMISTICE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND PLAINTIFFS' MOTION TO STRIKE PARTS OF DEFENDANTS' ATTORNEY DECLARATION FILED IN SUPPORT OF THEIR MOTION SUMMARY JUDGMENT**

**[REDACTED VERSION]**

I, Raffi Melanson, declare as follows:

1. I am a partner with the law firm of Hagens Berman Sobol Shapiro LLP, counsel for Class Representatives Wei Huang and Langdon Elliott in this action. I have personal knowledge of the matters described in this declaration and I am competent to testify thereto.

2. I submit this declaration in support of Plaintiffs' Opposition to Armistice Defendants' Motion for Summary Judgment and Plaintiffs' Motion to Strike Parts of Defendants'

Attorney Declaration Filed in Support of Their Motion Summary Judgment, filed concurrently herewith.

3. Certain exhibits attached herein are also referenced in Plaintiffs' List of Disputed Factual Assertions Contained in the Declaration of Joshua A. Rubin in Support of the Armistice Defendants' Motion for Summary Judgment, filed concurrently herewith.

**A. Document Exhibits to Plaintiffs' Motion for Summary Judgment**

4. Attached hereto as **Exhibit 1** is a true and accurate copy of Vaxart's June 26, 2020 Press Release titled "Vaxart's COVID-19 Vaccine Selected for the U.S. Government's Operation Warp Speed."

5. Attached hereto as **Exhibit 2** is a true and accurate copy of a March 19, 2020 email chain with the subject "Planning Vaxart," produced by Vaxart with beginning Bates number VXRTDEF-CA-0000221681.

6. Attached hereto as **Exhibit 3** is a true and accurate copy of a March 5, 2020 email chain with the subject "Update – VXRT Financing," produced by Vaxart with beginning Bates number VXRTDEF-CA-0000117645.

7. Attached hereto as **Exhibit 4** are true and accurate copies of text messages exchanged between Defendant Boyd and Vaxart Chief Science Officer Sean Tucker on February 29, 2020; March 4, 2020; March 5, 2020; March 10, 2020; March 29, 2020; April 2, 2020; April 16, 2020; April 17, 2020; April 20, 2020; April 21, 2020; April 23, 2020; April 29, 2020; May 3, 2020; and May 4, 2020. These documents were produced by Armistice and Vaxart beginning with Bates-numbers ARM-HIMMELBERG_0023909, ARM-HIMMELBERG_0023942, ARM-HIMMELBERG_0023925, ARM-HIMMELBERG_0023918, ARM-HIMMELBERG_0023941, ARM-HIMMELBERG_0023920, ARM-HIMMELBERG_0023938, VXRTDEF-CA-0000293733, ARM-HIMMELBERG_0023922, VXRTDEF-CA-0000293739, ARM-HIMMELBERG_0023923, VXRTDEF-CA-0000293758, ARM-HIMMELBERG_0023951, and VXRTDEF-CA-0000293766.

8. Attached hereto as **Exhibit 5** is a true and accurate copy of an April 21, 2020 text chain between Andrei Floroiu and Matthew Feig produced by Vaxart with beginning Bates number VXRTDEF-CA-0000286638.

9. Attached hereto as **Exhibit 6** is a true and accurate copy of a March 23, 2020 email chain with the subject "BAA-18-100-SOL-00003 AOI #8.3 Full Proposal Submission," and excerpts from its attachment titled "BAA-18-100-SOL-00003 AOI #8.3_ Volume II_Cost Proposal_Vaxart.pdf" produced by Vaxart with beginning Bates-numbers VXRTDEF-CA-0000005759 and VXRTDEF-CA-0000005760.

10. Attached hereto as **Exhibit 7** is a true and accurate copy of an action by unanimous written consent of the Vaxart board of directors, dated April 13, 2020, produced by Vaxart beginning with Bates number VXRTDEF-CA-0000488195.

11. Attached hereto as **Exhibit 8** is a true and accurate copy of Board Minutes for Vaxart's May 13, 2020 Board Meeting produced by Vaxart with Bates number VXRTDEF-CA-0000132652.

12. Attached hereto as **Exhibit 9** is a true and accurate copy of an April 29, 2020 article by Jennifer Jacobs and Drew Armstrong published by *Bloomberg* titled "Trump's 'Operation Warp Speed' Aims to Rush Coronavirus Vaccine."

13. Attached hereto as **Exhibit 10** is a true and accurate copy of a May 12, 2020 article by Jon Cohen published by *Science* titled "Unveiling 'Warp Speed, the White House's America-first push for a coronavirus vaccine.'"

14. Attached hereto as **Exhibit 11** is a true and accurate copy of a May 3, 2020 email chain with the subject "BARDA interest in COVID-19 vaccine efforts" produced by Vaxart with beginning Bates number VXRTDEF-CA-0000001172.

15. Attached hereto as **Exhibit 12** is a true and accurate copy of a May 12, 2020 email chain with the subject "Non-clinical testing of SARS2 vaccine candidate in NHPs - Vaxart" produced by Vaxart with beginning Bates number VXRTDEF-CA-0000005128.

16. Attached hereto as **Exhibit 13** is a true and accurate copy of May 15, 2020 Remarks by President Trump on Vaccine Development.

17. Attached hereto as **Exhibit 14** is a true and accurate copy of a May 15, 2020 Press Release titled "Trump Administration Announces Framework and Leadership for 'Operation Warp Speed.'"

18. Attached hereto as **Exhibit 15** is a true and accurate copy of a May 23, 2020 article by Julie Steenhuysen published by *Reuters* titled "Exclusive: U.S. plans massive coronavirus vaccine testing effort to meet year-end deadline."

19. Attached hereto as **Exhibit 16** is a true and accurate copy of a May 24, 2020 article by Elizabeth Weise published by *USA Today* titled "In the race for a coronavirus vaccine, can Operation Warp Speed avoid politics?"

20. Attached hereto as **Exhibit 17** is a true and accurate copy of a June 3, 2020 article by Noah Weiland and David E. Sanger of *The New York Times* titled "Trump Administration Selects Five Coronavirus Vaccine Candidates as Finalists."

21. Attached hereto as **Exhibit 18** is a true and accurate copy of a June 3, 2020 internal Armistice chat between Defendant Boyd, Defendant Maher, and Armistice Head Trader Sergio Smiriglio produced by Armistice with beginning Bates number ARM-HIMMELBERG_0026209.

22. Attached hereto as **Exhibit 19** is a true and accurate copy of a June 3, 2020 text chain between Defendant Boyd and Andrei Floroiu produced by Vaxart with beginning Bates number VXRTDEF-CA-0000287717.

23. Attached hereto as **Exhibit 20** is a true and accurate copy of a June 3, 2020 text chain between Defendant Maher and Andrei Floroiu produced by Vaxart with beginning Bates number VXRTDEF-CA-0000287710.

24. Attached hereto as **Exhibit 21** are true and accurate copies of phone records produced by T-Mobile for Defendant Maher's cell phone number ending in -5848 covering the period between April 28, 2020 and July 15, 2020.

25. Attached hereto as **Exhibit 22** is a true and accurate excerpt from a March 19, 2020 text chain among Andrei Floroiu, his wife, and others produced by Vaxart with beginning Bates number VXRTDEF-CA-0000284965.

26. Attached hereto as **Exhibit 23** is a true and accurate copy of June 4, 2020 email chain with the subject "60-day CEO plan" and excerpts from its attachment titled "New CEO plan.pptx" produced by Vaxart with beginning Bates numbers VXRTDEF-CA-0000287726 and VXRTDEF-CA-0000287727.

27. Attached hereto as **Exhibit 24** is a true and accurate copy of June 5, 2020 email chain with the subject re "NVAX awarded Department of Defense contract for COVID-19 vaccine" produced by Armistice with beginning Bates number VXRTDEF-CA-0000287764.

28. Attached hereto as **Exhibit 25** is a true and accurate copy of a May 12, 2020 email chain with the subject "Non-clinical testing of SARS2 vaccine candidate in NHPs - Vaxart" produced by Vaxart with beginning Bates number VXRTDEF-CA-0000005105.

29. Attached hereto as **Exhibit 26** is a true and accurate copy of board materials prepared for Vaxart's May 13, 2020 Board Meeting produced by Vaxart with beginning Bates number VXRTDEF-CA-0000100251.

30. Attached hereto as **Exhibit 27** is a true and accurate copy of a June 30, 2020 email chain with the subject "Vaxart financing" produced by LifeSci with beginning Bates number LifeSci0043555.

31. Attached hereto as **Exhibit 28** is a true and accurate copy of a May 13, 2020 email chain with the subject "May board meeting" produced by Armistice with beginning Bates number ARM-HIMMELBERG_0000309.

32. Attached hereto as **Exhibit 29** is a true and accurate copy of a May 13, 2020 text chain between Defendant Maher and Andrei Floroiu produced by Vaxart with beginning Bates number VXRTDEF-CA-0000287247.

33. Attached hereto as **Exhibit 30** is a true and accurate copy of a May 13, 2020 text chain between Defendant Boyd and Andrei Floroiu produced by Vaxart with beginning Bates number VXRTDEF-CA-0000287251.

34. Attached hereto as **Exhibit 31** are true and accurate excerpts of phone records produced by AT&T for Defendant Boyd's cell phone number ending in -2032 covering the period between April 28, 2020 and July 16, 2020.

35. Attached hereto as **Exhibit 32** is a true and accurate copy of a May 31, 2020 text chain between Defendant Boyd and Andrei Floroiu produced by Vaxart with beginning Bates number VXRTDEF-CA-0000287693.

36. Attached hereto as **Exhibit 33** is a true and accurate copy of a Material Transfer Agreement between BARDA and Vaxart executed on May 16 and May 17, 2020, and produced by Vaxart with beginning Bates number VXRTDEF-CA-0000002123.

37. Attached hereto as **Exhibit 34** is a true and accurate copy of a May 20, 2020 press release issued by Vaxart titled "Vaxart Announces Selection of its Oral COVID-19 Vaccine Lead Candidate."

38. Attached hereto as **Exhibit 35** is a true and accurate copy of May 29, 2020 email chain with the subject "Non-clinical testing of SARS2 vaccine candidates in NHPs – Vaxart," produced by Vaxart with beginning Bates number VXRTDEF-CA-0000000062.

39. Attached hereto as **Exhibit 36** is a true and accurate copy of a June 1, 2020 article by Jon Cohen published by *Science* titled "Operation Warp Speed selects billionaire scientist's COVID-19 vaccine for monkey tests."

40. Attached hereto as **Exhibit 37** is a true and accurate copy of a June 25, 2020 email chain with the subject "Preclearance" produced by Vaxart with beginning Bates number VXRTDEF-CA-0000001127.

41. Attached hereto as **Exhibit 38** is a true and accurate copy of a June 11, 2020 email chain with the subject "NHP dosing PR," and the document titled "VXRT_DRAFT WARP SPEED BARDA PR 06 11 2020 930am.docx" attached earlier in the chain, both produced by

Vaxart with beginning Bates numbers VXRTDEF-CA-0000000142 and VXRTDEF-CA-0000000139.

42. Attached hereto as **Exhibit 39** is a true and accurate copy of a June 10, 2020 email chain with the subject "Draft Warp Speed PR," the attachment sent on June 9, 2020 at 4:00 pm titled "DRAFT WARP SPEED BARDA PR 06 09 2020 10am.doc," and the attachment sent on June 10, 2020 at 10:30 am titled "VXRT_DRAFT WARP SPEED BARDA PR 10-JUN-20_LSA2.docx" produced by Vaxart with beginning Bates numbers VXRTDEF-CA-0000000109, VXRTDEF-CA-0000001277, and VXRTDEF-CA-0000000101.

43. Attached hereto as **Exhibit 40** is a true and accurate copy of a June 26, 2020 email chain with the subject "PR to release Friday Morning" produced by Vaxart with beginning Bates number VXRTDEF-CA-0000043050.

44. Attached hereto as **Exhibit 41** is a true and accurate copy of the board minutes for Vaxart's June 8, 2020 board meeting produced by Vaxart with beginning Bates number VXRTDEF-CA-0000338753.

45. Attached hereto as **Exhibit 42** are true and accurate copies of a June 7, 2020 email chain with the subject "Materials for June 8 board meeting" and its attached board presentation with the file name "C1. Corporate Update _ Vaxart BOD _ 8 June 2020 _ vF.pdf" produced by Armistice with beginning Bates numbers ARM-HIMMELBERG_0023990 and ARM-HIMMELBERG_0023991.

46. Attached hereto as **Exhibit 43** is a true and accurate copy of a June 8, 2020 text chain between Defendant Boyd and Andrei Floroiu produced by Vaxart with beginning Bates number VXRTDEF-CA-0000287776.

47. Attached hereto as **Exhibit 44** is a true and accurate copy of a June 8, 2020 email with the subject "90-day plan (draft)" produced by Vaxart with beginning Bates number VXRTDEF-CA-0000287774.

48. Attached hereto as **Exhibit 45** is a true and accurate copy of June 13, 2020 "Action by Unanimous Written Consent of the Board of Directors of Vaxart, Inc." produced by Vaxart with beginning Bates number VXRTDEF-CA-0000490938.

49. Attached hereto as **Exhibit 46** is a true and accurate copy of a June 12, 2020 text chain between Defendant Boyd and Andrei Floroiu produced by Vaxart with beginning Bates number VXRTDEF-CA-0000288069.

50. Attached hereto as **Exhibit 47** is a true and accurate copy of a June 14, 2020 text chain between Defendant Boyd and Andrei Floroiu produced by Armistice with beginning Bates number ARM-HIMMELBERG_0023871.

51. Attached hereto as **Exhibit 48** is a true and accurate copy of a press release issued by Vaxart on June 15, 2020 titled "Vaxart, Inc. Appoints New CEO to Accelerate Advancement of COVID-19 and Other Programs."

52. Attached hereto as **Exhibit 49** is a true and accurate copy of a June 14, 2020 email with the subject "VXRT short interest" and its attachment titled "VXRT short interest.gif" produced by Armistice with beginning Bates numbers ARM-HIMMELBERG_0037007 and ARM-HIMMELBERG_0037008.

53. Attached hereto as **Exhibit 50** is a true and accurate copy of a June 16, 2020 email chain with the subject "Warp Speed Material Transfer agreement and Draft PR" and its attachment titled "PR _ Warp Speed - NHP Study _ DRAFT _ y14June_HH AF.docx" produced by Vaxart with beginning Bates numbers VXRTDEF-CA-0000000156 and VXRTDEF-CA-0000000157.

54. Attached hereto as **Exhibit 51** is a true and accurate copy of a June 17, 2020 email with the subject "Tomorrow's presentation" produced by Vaxart with beginning Bates number VXRTDEF-CA-0000085126.

55. **Exhibit 52** is not used.

56. Attached hereto as **Exhibit 53** is a true and accurate copy of a June 18, 2020 article by Reon Leuty of the *San Francisco Business Times* titled "'Fresh look': New CEO targets speed, savvy, stock in Peninsula biotech's race for Covid vaccine."

57. Attached hereto as **Exhibit 54** is a true and accurate copy of a June 18, 2020 email chain with the subject "Updated Insider Trading Policy" produced by Armistice with beginning Bates number ARM-HIMMELBERG_0024190.

58. Attached hereto as **Exhibit 55** is a true and accurate copy of a June 18, 2020 text chain between Maher and Floroiu produced by Vaxart with beginning Bates number VXRTDEF-CA-0000288165.

59. Attached hereto as **Exhibit 56** is a true and accurate copy of a June 20, 2020 text chain between Maher and Floroiu produced by Vaxart with beginning Bates number VXRTDEF-CA-0000288198.

60. Attached hereto as **Exhibit 57** is a true and accurate copy of a June 22, 2020 email chain with the subject "OWS - potential press release" produced by Vaxart with beginning Bates number VXRTDEF-CA-0000001025.

61. Attached hereto as **Exhibit 58** is a true and accurate copy of a June 23, 2020 email chain with the subject "Press release re: Atwell MOU" produced by Vaxart with beginning Bates number VXRTDEF-CA-0000001048.

62. Attached hereto as **Exhibit 59** is a true and accurate copy of a June 24, 2020 internal Armistice chat between Defendant Boyd, Defendant Maher, and Sergio Smiriglio produced by Armistice with beginning Bates number ARM-HIMMELBERG_0026329.

63. Attached hereto as **Exhibit 60** is a true and accurate copy of a June 24, 2020 email chain with the subject "Attwill and Russel PRs" produced by Vaxart with beginning Bates number VXRTDEF-CA-0000001104.

64. Attached hereto as **Exhibit 61** is a true and accurate copy of a June 24, 2020 text chain between Defendant Maher and Andrei Floroiu produced by Vaxart with beginning Bates number VXRTDEF-CA-0000288247.

65. Attached hereto as **Exhibit 62** is a true and accurate copy of a June 25, 2020 press release issued by Vaxart titled "Vaxart, Inc. Signs Memorandum of Understanding with Attwill Medical Solutions Steriflow, LP."

66. Attached hereto as **Exhibit 63** is a true and accurate copy of a June 26, 2020 email chain with the subject "Vaxart HC Wainright fireside chat today (21 minutes)" produced by Vaxart's public relations consultant, LifeSci Advisors LLC ("LifeSci"), with beginning Bates number LIFESCI-PROD-0006392.

67. Attached hereto as **Exhibit 64** is a true and accurate copy of a July 7, 2020 email chain with the subject re "Draft Q2 Cash PR" produced by Vaxart with beginning Bates number VXRTDEF-CA-0000063321.

68. Attached hereto as **Exhibit 65** is a true and accurate copy of a June 25, 2020 internal Armistice chat between Defendant Boyd, Defendant Maher, and Sergio Smiriglio produced by Armistice with beginning Bates number ARM-HIMMELBERG_0026380.

69. Attached hereto as **Exhibit 66** is a true and accurate copy of a June 25, 2020 text chain between Defendant Maher and Andrei Floroiu produced by Vaxart with beginning Bates number VXRTDEF-CA-0000501781.

70. Attached hereto as **Exhibit 67** is a true and accurate copy of June 25, 2020 email chain with the subject "Warrants" produced by Armistice with beginning Bates number ARM-HIMMELBERG_0024195.

71. Attached hereto as **Exhibit 68** is a true and accurate copy of a June 25, 2020 email chain with the subject "Completed: Vaxart - Unanimous Written Consent - Board - Insider Trading Policy" and its attachments titled "Vaxart - Unanimous Written Consent - Board - Insider Trading Policy, v.1.docx.pdf", "BL - Insider Trading Policy.pdf," and "Vaxart - Insider Trading Policy - May 2020-4813-0774-3676-v3.docx.pdf" produced by Armistice with beginning Bates numbers ARM-HIMMELBERG_0026177, ARM-HIMMELBERG_0026179, ARM-HIMMELBERG_0026183, ARM-HIMMELBERG_0026195.

72. Attached hereto as **Exhibit 69** is a true and accurate copy of a June 25, 2020 text chain between Defendant Boyd and Floroiu produced by Vaxart with beginning Bates number VXRTDEF-CA-0000288272.

73. Attached hereto as **Exhibit 70** is a true and accurate copy of a June 25, 2020 text chain between Defendant Maher and Davis produced by Vaxart with beginning Bates number VXRTDEF-CA-0000236206.

74. Attached hereto as **Exhibit 71** is a true and accurate copy of a June 25, 2020 text chain between Defendant Maher and Michael Finney produced by Vaxart with beginning Bates number VXRTDEF-CA-0000273384.

75. Attached hereto as **Exhibit 72** is a true and accurate copy of a June 25, 2020 text chain between Defendant Maher and Wouter Latour produced by Vaxart with beginning Bates number VXRTDEF-CA-0000291488.

76. Attached hereto as **Exhibit 73** is a true and accurate copy of a June 25, 2020 email chain with the subject "Vaxart" produced by Armistice with beginning Bates number ARM-HIMMELBERG_0026205.

77. Attached hereto as **Exhibit 74** is a true and accurate copy of a June 26, 2020 email chain with the subject "Vaxart OWS announcement - query Endpoints news, key biotech media outlet" produced by Vaxart with beginning Bates number VXRTDEF-CA-0000059280.

78. Attached hereto as **Exhibit 75** is a true and accurate copy of a June 26, 2020 email chain with the subject "NBC News + Vaxart -- please respond" produced by Vaxart with beginning Bates number VXRTDEF-CA-0000059334.

79. Attached hereto as **Exhibit 76** is a true and accurate copy of a June 26, 2020 email chain with the subject "Bloomberg News Query - please respond" produced by Vaxart with beginning Bates number VXRTDEF-CA-0000059336.

80. Attached hereto as **Exhibit 77** is a true and accurate copy of a June 26, 2020 email chain with the subject "Vaxart - Business Insider" produced by LifeSci with beginning Bates number LIFESCI-PROD-0004135.

81. Attached hereto as **Exhibit 78** is a true and accurate copy of a June 26, 2020 email chain with the subject "Going to be alot of pissed reporters today!!!" produced by LifeSci with beginning Bates number LIFESCI-PROD-0004140.

82. Attached hereto as **Exhibit 79** is a true and accurate copy of a June 26, 2020 email chain with the subject "VaxArt Press Release" produced by HHS with beginning Bates number HHS0000867.

83. Attached hereto as **Exhibit 80** is a true and accurate copy of a June 26, 2020 text chain between Defendant Boyd and Sergio Smiriglio produced by Armistice with beginning Bates number ARM-HIMMELBERG_0023954.

84. Attached hereto as **Exhibit 81** is a true and accurate copy of a June 28, 2020 text chain between Defendant Boyd, Sergio Smiriglio, and Joe Sinopoli produced by Armistice with beginning Bates number ARM-HIMMELBERG_0023927.

85. Attached hereto as **Exhibit 82** is a true and accurate copy of a June 28, 2020 text chain between Defendant Boyd and Sergio Smiriglio produced by Armistice with beginning Bates number ARM-HIMMELBERG_0023911.

86. Attached hereto as **Exhibit 83** is a true and accurate copy of a publicly available June 30, 2020 SEC Form 4 and Schedule 13-D filed by Armistice with the SEC.

87. Attached hereto as **Exhibit 84** is a true and accurate copy of a June 26, 2020 email chain with the subject "U.S. government will fund study of oral coronavirus vaccine" produced by HHS with beginning Bates number HHS0000891.

88. Attached hereto as **Exhibit 85** is a true and accurate copy of a June 26, 2020 article by Matthew Fox published by *Markets Insider* titled "A little-known biotech working on a COVID-19 vaccine has surged 304% in 2 days — and it just said it was picked for the US government's Operation Warp Speed program."

89. Attached hereto as **Exhibit 86** is a true and accurate copy of a June 11, 2020 text chain between Defendant Boyd and Andrei Floroiu produced by Vaxart with beginning Bates number VXRTDEF-CA-0000287890.

90. Attached hereto as **Exhibit 87** is a true and accurate copy of a January 21, 2021 email chain with the subject "Vaxart Press release" and its attachment titled "Vaxart - Press release -01 21 2021 BARDA edits.docx" produced by Vaxart with beginning Bates numbers VXRTDEF-CA-0000334954 and VXRTDEF-CA-0000334955.

91. Attached hereto as **Exhibit 88** is a true and accurate copy of a June 25, 2020 email chain with the subject "Preclearance" produced by Vaxart with beginning Bates number VXRTDEF-CA-0000001129.

92. Attached hereto as **Exhibit 89** is a true and accurate copy of a July 7, 2020 email chain with the subject "ATM, Key Deliverables" produced by Vaxart with beginning Bates number VXRTDEF-CA-0000511656.

93. Attached hereto as **Exhibit 90** is a true and accurate copy of a June 8, 2020 email with the subject "Updated Insider Trading Policy" produced by Armistice with beginning Bates number ARM-HIMMELBERG_0000361.

94. Attached hereto as **Exhibit 91** is a true and accurate copy of a June 17, 2020 email with the subject "Operation Warp Speed & Vaxart" produced by Vaxart with beginning Bates number VXRTDEF-CA-0000041776

95. Attached hereto as **Exhibit 92** is a true and accurate copy of a June 4, 2020 article by Jon Cohen published by *Science* titled "Top U.S. scientists left out of White House selection of COVID-19 vaccine short list."

96. Attached hereto as **Exhibit 93** is a true and accurate copy of a Fact Sheet issued by HHS titled "Explaining Operation Warp Speed."

97. Attached hereto as **Exhibit 94** is a true and accurate copy of a June 16, 2020 article by *Reuters* titled "U.S. narrowing support to seven COVID-19 vaccine candidates, expects them to be free for many."

98. Attached hereto as **Exhibit 95** are true and accurate copies of Statements of Changes in Beneficial Ownership of Securities filed by Armistice with the Securities and Exchange Commission for sales of Vaxart securities in May and June 2020.

99. Attached hereto as **Exhibit 96** is a true and accurate copy of a July 25, 2020 article by David Gelles and Jesse Drucker published by *The New York Times* titled "Corporate Insiders Pocket $1 Billion in Rush for Coronavirus Vaccine."

100. Attached hereto as **Exhibit 97** is a true and accurate copy of a July 25, 2020 Tweet from the HHS Office of Public Affairs.

## B. Document Exhibits Cited Exclusively in Plaintiffs' List of Disputed Factual Assertions Contained in the Defendants' Filings

101. Attached hereto as **Exhibit 98** is a true and accurate copy of an October 26, 2019 text chain between Defendant Boyd and Sergio Smiriglio produced by Armistice with beginning Bates number ARM-HIMMELBERG_0023945.

102. Attached hereto as **Exhibit 99** is a true and accurate copy of a February 21, 2020 text chain between Defendant Maher and Andrei Floroiu produced by Vaxart with beginning Bates number VXRTDEF-CA-0000283892.

103. Attached hereto as **Exhibit 100** is a true and accurate copy of a February 21, 2020 text chain between Defendant Boyd and Andrei Floroiu produced by Vaxart with beginning Bates number VXRTDEF-CA-0000284319.

104. Attached hereto as **Exhibit 101** is a true and accurate copy of a March 4, 2020 email with the subject "meeting re Vaxart" produced by Vaxart with beginning Bates number VXRTDEF-CA-0000220787.

105. Attached hereto as **Exhibit 102** is a true and accurate copy of a March 12, 2020 email chain with the subject "Vaxart plan of action" produced by Vaxart with beginning Bates number VXRTDEF-CA-0000284901.

106. Attached hereto as **Exhibit 103** is a true and accurate copy of a July 29, 2020 email with the subject "Latest FINRA spreadsheet" and its attachment titled "DRAFT FINRA questions 07 28 2020 4pm.xlsx" produced by Vaxart with beginning Bates numbers VXRTDEF-CA-0000513522 and VXRTDEF-CA-0000513523.

107. Attached as **Exhibit 104** are true and accurate copies of emails sent by Attorney Josh Rubin on September 12, 2024 and its attachment.

108. Attached as **Exhibit 105** are true and accurate copies of emails sent by Attorney Josh Rubin on April 3, 2025 and its attachment.

109. Attached hereto as **Exhibit 106** is a true and accurate copy of a September 14-24, 2020 Audit of Attwill Medical Systems produced by Attwill with beginning Bates number ATTWILL_0005.

110. Attached hereto as **Exhibit 107** is a true and accurate copy of a June 16, 2020 email chain with the subject "Lyophilizers" produced by Vaxart with beginning Bates number VXRTDEF-CA-0000101885.

111. Attached hereto as **Exhibit 108** is a true and accurate copy of a February 2020 document titled "2020 Gap Analysis for Part 211" produced by Attwill with beginning Bates number ATTWILL_31706.

112. Attached hereto as **Exhibit 109** is a true and accurate copy of an April 19, 2021 PowerPoint deck titled "Attwill Medical Solutions Management Review – Outputs" produced by Attwill with beginning Bates number ATTWILL_31749.

113. Attached hereto as **Exhibit 110** is a true and accurate copy of a July 14, 2020 email chain with the subject "Final MOU Press Release" produced by Attwill with beginning Bates number ATTWILL_02517.

114. Attached hereto as **Exhibit 111** are true and accurate copies of phone records of calls between Defendant Maher and other Vaxart persons on May 27, 2020 and June 3, 2020 produced by Vaxart with beginning Bates numbers VXRTDEF-CA-0000308907, VXRTDEF-CA-0000291476, and VXRTDEF-CA-0000291479.

**C. Transcript Excerpts in Support of Plaintiffs' Summary Judgment Opposition**

115. Attached hereto as **Exhibit 112** are excerpts from a true and accurate copy of the transcript for the March 26, 2024 deposition of Vaxart's Chief Commercial Officer, Brant Biehn, in this action.

116. Attached hereto as **Exhibit 113** are excerpts from a true and accurate copy of the transcript for the July 3, 2024 deposition of Defendant Boyd in this action.

117. Attached hereto as **Exhibit 114** are excerpts from a true and accurate copy of the transcript for the April 3, 2024 deposition of Todd Davis in this action.

118. Attached hereto as **Exhibit 115** are excerpts from a true and accurate copy of the transcript for the March 28, 2024 deposition of Margaret Echerd in this action.

119. Attached hereto as **Exhibit 116** are excerpts from a true and accurate copy of the transcript for the April 24, 2024 deposition of Christopher Houchens in this action.

120. Attached hereto as **Exhibit 117** are excerpts from a true and accurate copy of the transcript for the April 26, 2024 deposition of William L.C. Jackson in this action.

121. Attached hereto as **Exhibit 118** are excerpts from a true and accurate copy of the transcript for the June 4, 2020 deposition of Sergio Smiriglio in this action.

122. Attached hereto as **Exhibit 119** are excerpts from a true and accurate copy of the transcript for the April 24, 2024 deposition of Tanima Sinha in this action.

123. Attached hereto as **Exhibit 120** are excerpts from a true and accurate copy of the transcript for the April 17, 2024 deposition of Sean Tucker, in this action.

124. Attached hereto as **Exhibit 121** are excerpts from a true and accurate copy of the transcript for the December 9, 2024 evidentiary hearing on spoliation, at which Defendants Boyd and Maher testified in open court.

**D. Demonstrative Exhibits**

125. The paragraphs below concern demonstrative/summary exhibits created by Plaintiffs. I have personal knowledge regarding their creation and am competent to testify thereto.

126. Attached hereto as **Exhibit 122** is a true, accurate, and annotated copy of Defendant Boyd's phone records created by Plaintiffs as an illustrative aid/summary exhibit to prove or otherwise help the court/jury understand the content of Defendant Boyd's voluminous telephone records. The underlying original records have been submitted as Exhibit 31. The original phone records list the time of calls in time zones other than Eastern Time ("ET"). Additionally, the

original records list the number of callers but not their names. Accordingly, Plaintiffs have annotated Boyd's original phone records to highlight all calls and texts with key persons—*i.e.*, Defendant Maher and Andrei Floroiu. Additionally, Plaintiffs have added annotations (i) converting all times into ET and (ii) listing the names of key persons next to their phone numbers in easily identifiable red ink.

127. In support of Plaintiffs' illustrative aid/summary exhibits for phone records, the undersigned submits the following:

a. At all relevant times, the following persons had the following phone numbers:

| | | | |
|---|---|---|---|
| i. | Faith Charles | [redacted] | (*see, e.g.*, Ex. 89) |
| ii. | Todd Davis | [redacted] | (*see, e.g.*, Ex. 70) |
| iii. | Margaret Echerd | [redacted] | (*see, e.g.*, Ex. 54) |
| iv. | Michael Finney | [redacted] | (*see, e.g.*, Ex. 71) |
| v. | Andrei Floroiu | [redacted] | (*see, e.g.*, Ex. 43) |
| vi. | Wouter Latour | [redacted] | (*see, e.g.*, Ex. 71) |
| vii. | Dan Radden | [redacted] | (publicly available) |
| viii. | Sergio Smiriglio | [redacted] | (*see, e.g.*, Ex. 80) |
| ix. | Bob Yedid | [redacted] | (*see, e.g.*, Ex. 112) |

b. The AT&T records for Defendant Boyd's phone state that they show the time for all calls and texts in UTC format.

c. "Time shown in 'UTC' is five-hours ahead of EST (eastern standard time), and UTC is four-hours ahead of EDT (eastern daylight savings time). In 2020, daylight savings in the United States ran from March 8, 2020 to November 1, 2020. In 2021, daylight savings in the United States ran from March 14, 2021 to November 7, 2021." General Stipulations in Connection with Plaintiffs' Motion for Sanctions ¶ 17 (ECF No. 423).

128. Attached hereto as **Exhibit 123** is a true, accurate, and annotated copy of Defendant Maher's phone records created by Plaintiffs as an illustrative aid/summary exhibit to prove or

otherwise help the factfinder understand the content of Defendant Maher's voluminous telephone records. The underlying original records have been submitted as Exhibit 21. The original phone records list the time of calls in time zones other than ET. Additionally, the original records list the number of callers but not their names. Accordingly, Plaintiffs have annotated Maher's original phone records to highlight all calls and texts with key persons—*i.e.*, Defendant Boyd and Andrei Floroiu. Additionally, Plaintiffs have added annotations (i) converting all times into ET and (ii) listing the names of key persons in easily identifiable red ink.

129. In support of Plaintiffs' illustrative aid/summary exhibits for phone records, the undersigned submits the following:

a. The T-Mobile records for Defendant Maher's phone state that the date and time for calls corresponds to the local time where the mobile was located, and the date and time for texts corresponds to Pacific Time (PST/PDT).

b. Logs of Defendant Maher's calls with Boyd and other witnesses (*e.g.*, Exhibit 111) show that for Maher's June 2020 records, the times shown for Maher's calls in the T-Mobile June 2020 records were one hour behind Eastern Daylight Savings Time.

c. Pacific Daylight Savings Time is three-hours ahead of Eastern Daylight Savings Time.

130. Attached hereto as **Exhibit 124** is a true and accurate copy of an illustrative aid/summary exhibit created by Plaintiffs to prove or otherwise help the factfinder understand the sequencing of phone calls, text messages, and other communications among Defendants and key witnesses on June 25, 2020. Exhibit 124 draws its content exclusively from exhibits submitted in support of Plaintiffs' Opposition to Motion for Summary Judgment and identifies the pertinent source in the right-most column labeled "Ex."

131. Attached hereto as **Exhibit 125** is a true and accurate copy of an illustrative aid/summary exhibit created by Plaintiffs to prove or otherwise help the factfinder understand the number of texts Boyd and Maher exchanged between only themselves in June 2020, which have

since been spoliated. The underlying original records have been submitted as Exhibits 21 and 31. This exhibit was also submitted during the December 2024 evidentiary hearing as Hr'g Ex. 24.

* * *

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 14th day of May, 2025, in Boston, Massachusetts

*/s/ Raffi Melanson*
Raffi Melanson