Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
reed@hbsslaw.com
lucasg@hbsslaw.com

*Class Counsel*

[Additional counsel on signature page]

William C. Fredericks (*pro hac vice*)
Jeffrey P. Jacobson (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 233-6444
wfredericks@scott-scott.com
jjacobson@scott-scott.com

*Class Counsel*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re VAXART, INC. SECURITIES LITIGATION | Case No. 3:20-cv-05949-VC<br><br>CLASS ACTION<br><br>**LEAD PLAINTIFFS' UPDATED STATEMENT OF FEES AND EXPENSES INCURRED IN LITIGATING MOTION FOR SPOLIATION SANCTIONS** |

Pursuant to the Court's June 30, 2025 and July 2, 2025 Orders (ECF Nos. 506, 510), Plaintiffs, through their attorneys, respectfully state the following in support of their updated statement summarizing the costs and fees they incurred in litigating the sanctions motion ("Statement"):

**A.     Total Estimated Lodestar and Expenses**

1. At this time, Class Counsel estimates that their firms collectively spent 3080.4 attorney, paralegal, and investigator hours preparing and litigating the motion for sanctions in its entirety, with a lodestar totaling $2,868,684.00. *See* Tables A & B, *infra*.

2. Additionally, Class Counsel estimates that they have collectively incurred $57,457.89 in spoliation-related expenses, which includes expenses incurred on consulting with forensic experts, taking a spoliation-focused deposition, and court appearances. *See* Table C, *infra*.

3. Together, these lodestar and expenses total ***$2,926,141.89***.

B. **Summary Tables of Sanctions-Related Fees and Expenses**[1]

**Table A.** Fees for Hagens Berman Sobol Shapiro LLP for the reporting period of August 29, 2023, to the present

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | LODESTAR |
|---|---|---|---|---|
| Reed Kathrein (2023) | Partner | $1,000 | 88.5 | $88,500.00 |
| RK (2024) | | $1,200 | 347.2 | $417,240.00 |
| RK (2025) | | $1,275 | 118.4 | $150,960.00 |
| Raffi Melanson (2023) | Associate | $600 | 107.6 | $64,560.00 |
| RM (2024) | | $750 | 293.7 | $220,275.00 |
| RM (2025) | Partner | $800 | 133.0 | $106,400.00 |
| Steve Berman (2023) | Managing Partner | $1,285 | 1.5 | $1,927.50 |
| SB (2024) | | $1,350 | 3.7 | $4,995.00 |
| SB (2025) | | $1,425 | 0.5 | $712.50 |
| Lucas Gilmore (2023) | Partner | $850 | 0.8 | $680.00 |
| LG (2024) | | $900 | 1.9 | $1,710.00 |
| Kevin Green (2025) | Partner | $900 | 35.0 | $31,500.00 |
| Abbye Ognibene (2025) | Partner | $775 | 0.6 | $465.00 |
| Zachary Stump (2024) | Staff Attorney | $500 | 37.6 | $18,800.00 |
| ZG (2025) | | $525 | 72.4 | $38,010.00 |
| Kevin Naughton (2023) | Investigator | $325 | 30.0 | $9,750.00 |
| KN (2024) | | $400 | 63.5 | $25,400.00 |
| Nicolle Huerta (2023) | Paralegal | $375 | 13.4 | $5025 |
| NH (2024) | | $400 | 73.2 | $29,280.00 |
| NH (2025) | | $425 | 24.5 | $10,412.50 |
| William Stevens (2025) | Paralegal | $425 | 12.9 | $5,482.50 |
| Lisa Napoleon (2024) | Paralegal | $400 | 11.3 | $4,520.00 |
| Shelby Taylor (2024) | Paralegal | $350 | 4.0 | $1,400.00 |
| Chan Lovell (2025) | Paralegal | $325 | 0.8 | $260.00 |
| Radha Kerzan (2024) | Litig. Tech | $350 | 1.1 | $385.00 |
| RK (2025) | Litig. Tech | $375 | 1.2 | $450.00 |
| **TOTAL** | | | **1,478.3** | **$1,239,100.00** |

---

[1] Counsel's hourly rates periodically update. During the above-referenced time period, Hagens Berman's hourly rates updated twice, in 2024 and 2025, and Scott+Scott's hourly rates updated once, on February 1, 2024.

**Table B.** Fees for Scott+Scott Attorneys at Law LLP for the reporting period of August 29, 2023, to the present

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS | LODESTAR |
|---|---|---|---|---|
| William Fredericks (Pre-Feb. 1, 2024 Rates) | Partner | $1,850 | 19.5 | $36,075.00 |
| WF (Feb. 1, 2024 - Present Rates) | | $1,900 | 359.4 | $682,860.00 |
| Amanda Lawrence (Feb. 1, 2024 - Present Rates) | Partner | $1,195 | 13.3 | $15,893.50 |
| Jacob Lieberman (Feb. 1, 2024 - Present Rates) | Partner | $795 | 13.3 | $10,573.50 |
| Jeffrey Jacobson (Pre-Feb. 1, 2024 Rates) | Associate | $625 | 44.7 | $27,937.50 |
| JJ (Feb. 1, 2024 - Present Rates) | | $775 | 1,010.7 | $783,292.50 |
| Peter Cherepanov (Pre-Feb. 1, 2024 Rates) | Associate | $520 | 25.9 | $13,468.00 |
| PC (Feb. 1, 2024 - Present Rates) | | $550 | 75.9 | $41,745.00 |
| Mandeep Minhas (Feb. 1, 2024 - Present Rates) | Associate | $575 | 5.8 | $3,335.00 |
| Allen West (Feb. 1, 2024 - Present Rates) | Paralegal | $435 | 15.7 | $6,829.50 |
| Matthew Molloy (Pre-Feb. 1, 2024 Rates) | Paralegal | $415 | 10.6 | $4,399.00 |
| Patrick O'Neal (Feb. 1, 2024 - Present Rates) | Paralegal | $435 | 7.3 | $3,175.50 |
| **TOTAL** | | | **1,602.1** | **$1,629,584.00** |

**Table C.** Expenses incurred by Hagens Berman Sobol Shapiro LLP and Scott+Scott Attorneys at Law LLP for the reporting period of August 29, 2023, to the present

| EXPENSE DESCRIPTION | S+S | HBSS |
|---|---|---|
| Consultant | $10,950.00 | $10,950.00 |
| Hearing Materials, Research, Service of Subpoenas, and Delivery Services | $1,448.42 | $4,905.69 |
| Court Transcripts & 30(b)(6) Deposition Expenses | $3,326.85 | $951.82 |
| Travel, Hotel, & Meals | $17,633.15 | $7,291.96 |
| **TOTAL:** | **$33,358.42** | **$24,099.47** |

4. The hourly rates used by Plaintiffs' Counsel in the calculations summarized above fall within the range of reasonable rates recently approved by federal courts for attorneys working on sophisticated class action litigation. *See, e.g.*, Order (ECF No. 481) and Ex. 11 to Decl. of

Alfred L. Fatale III in Supp. of Mot. for Award of Attorneys' Fees & Payment of Expenses (ECF No. 477), *Boston Ret. Sys. v. Uber Technologies, Inc.*, No. 3:19-cv-06361 (N.D. Cal. Dec. 4, 2024) (accepting hourly rates within the same ranges as here in conducting lodestar-crosscheck on plaintiffs' counsel fee application); Order (ECF No. 128) and Ex. A to Decl. of Daryl F. Scott in Support of Application for Award of Attorneys' Fees and Expenses (ECF No. 123-2), *Steamship Trade Ass'n of Baltimore v. Olo, Inc. et al.*, No. 1:22-cv-08228 (S.D.N.Y. June 11, 2024) (same).

5. The hours billed in the calculations summarized above consist of time attorney and other professional support staff spent investigating and litigating Defendants' spoliation from August 2023 (when Plaintiffs first learned of the spoliation) through April 2025 (when the Court ordered *in camera* review). At this time, the spoliation hours summarized above are less than a quarter of the total hours they have spent litigating this class action against Armistice since December 2022 (when Plaintiffs filed the operative complaint).

6. Concurrently with filing this Statement, Plaintiffs will serve Defendants with spreadsheets that provide a more detailed, line-by-line breakdown of the attorney hours and expenses summarized in the tables above, so that Defendants can review. The breakdowns will include the dates, descriptions, and where applicable, hours billed and hourly rates, as well as the total amount billed for each timekeeping entry and expense that Plaintiffs claim to be reasonably related and necessary towards litigating sanctions issues.

DATED: July 14, 2025  Respectfully submitted,

| **HAGENS BERMAN SOBOL SHAPIRO LLP** | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** |
|---|---|
| */s/ Reed R. Kathrein* | */s/ William C. Fredericks* |
| Reed R. Kathrein (139304) | William C. Fredericks (*pro hac vice*) |
| Lucas E. Gilmore (250893) | Jeffrey P. Jacobson (*pro hac vice*) |
| 715 Hearst Avenue, Suite 300 | The Helmsley Building |
| Berkeley, CA 94710 | 230 Park Avenue, 24th Floor |
| Telephone: (510) 725-3000 | New York, NY 10169 |
| Facsimile: (510) 725-3001 | Telephone: (212) 233-6444 |
| reed@hbsslaw.com | Facsimile: (212) 233-6334 |
| lucasg@hbsslaw.com | wfredericks@scott-scott.com |
| | jjacobson@scott-scott.com |

Steve W. Berman (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Raffi Melanson (*pro hac vice*)
1 Faneuil Hall Sq 5th Floor
Cambridge, MA 02142
Telephone: (708) 628-4966
Facsimile: (708) 628-4950
raffim@hbsslaw.com

*Class Counsel*

John T. Jasnoch (281605)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
jjasnoch@scott-scott.com

*Class Counsel*

### ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Reed R. Kathrein, am the ECF User whose identification and password are being used to file the foregoing document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

DATED: July 14, 2025            */s/ Reed R. Kathrein*
                                 Reed R. Kathrein