UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re Vaxart, Inc. Sec. Litig.      ,

　　　　　　Plaintiff(s),

　　　v.

　　　　　　　　　　　　　　,

　　　　　　Defendant(s).

Case No. 3:20-cv-05949-VC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Charles F. Connolly , an active member in good standing of the bar of

District of Columbia Court of Appeals , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: Defendants Armistice Capital, LLC, Armistice Master Fund Ltd, Steven J. Boyd and Keith Maher, M.D.  in the

above-entitled action. My local co-counsel in this case is Joshua A. Rubin , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 308421 .

| | |
|---|---|
| Robert S. Strauss Tower<br>2001 K Street N.W.<br>Washington, DC 2006 | 1999 Avenue of the Stars, Suite 600<br>Los Angeles, CA 90067 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (202) 887-4070 | (310) 229-1000 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| cconnolly@akingump.com | rubinj@akingump.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 455969 .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months

preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 24, 2025

Charles F. Connolly
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Charles F. Connolly  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:    September 24, 2025

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

United States District Court
Northern District of California

Updated 11/2021

2