Steve W. Berman (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
reed@hbsslaw.com
lucasg@hbsslaw.com

*Class Counsel*

William C. Fredericks (*pro hac vice*)
Jeffrey P. Jacobson (*pro hac vice*)
Mandeep S. Minhas (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 233-6444
wfredericks@scott-scott.com
jjacobson@scott-scott.com
mminhas@scott-scott.com

*Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re VAXART, INC. SECURITIES LITIGATION | Case No. 3:20-cv-05949-VC<br><br>CLASS ACTION |
| *This Document Relates to:*<br>*ALL ACTIONS* | **DECLARATION OF STEVE W. BERMAN IN SUPPORT OF PLAINTIFFS' MOTION IN LIMINE NO. 4 TO PRECLUDE FACT WITNESSES FROM OPINING ON WHETHER VAXART'S PRESS RELEASES WERE FALSE OR MISLEADING TO INVESTORS** |

I, Steve W. Berman, declare as follows:

1. I am the managing partner of Hagens Berman Sobol Shapiro LLP, counsel for Class Representatives Wei Huang and Langdon Elliott. I am a member of the Washington Bar and have been admitted pro hac vice in this action. I have personal knowledge of the matters described in this declaration and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Plaintiffs' Motion in Limine No. 4 to Preclude Fact Witnesses from Opining on Whether Vaxart's Press Releases Were False or Misleading to Investors, filed concurrently herewith.

3. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the deposition of Wouter Latour taken on April 10, 2024.

4. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the deposition of Sean Tucker taken on April 17, 2024.

5. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the deposition of Brant Biehn taken on March 26, 2024.

* * *

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed September 30, 2025, at Seattle, Washington.

*/s/ Steve W. Berman*
STEVE W. BERMAN