**AKIN GUMP STRAUSS HAUER & FELD LLP**
NEAL R. MARDER (SBN 126879)
JOSHUA A. RUBIN (SBN 308421)
LILLIAN RAND (SBN 341581)
1999 Avenue of the Stars, Suite 600
Los Angeles, California 90067
Email: nmarder@akingump.com
rubinj@akingump.com
lrand@akingump.com

Attorneys for Defendants ARMISTICE CAPITAL, LLC, ARMISTICE MASTER FUND, LTD, STEVEN J. BOYD, and KEITH MAHER, M.D.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

In re VAXART, INC. SECURITIES LITIGATION

This Document Relates to:
ALL ACTIONS

Lead Case No. 3:20-cv-05949-VC

District Judge: Hon. Vince Chhabria

CLASS ACTION

**DECLARATION OF JOSHUA A. RUBIN IN SUPPORT OF THE ARMISTICE DEFENDANTS' MOTION *IN LIMINE* NO. 1 TO EXCLUDE EVIDENCE OF THE JULY 25, 2020 *NEW YORK TIMES* ARTICLE AND GOVERNMENT SOCIAL MEDIA POST FOR THE TRUTH OF THE MATTERS ASSERTED THEREIN**

# DECLARATION OF JOSHUA RUBIN

I, Joshua A. Rubin, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California, and I am counsel with the law firm Akin Gump Strauss Hauer & Feld LLP, attorneys of record for Defendants Armistice Capital, LLC, Armistice Master Fund, Ltd, Steven J. Boyd, and Keith Maher, M.D. in this matter (collectively "Armistice Defendants"). I have personal knowledge of the facts set forth herein, and if called upon as a witness I could and would testify competently thereto under oath.

2. I submit this declaration pursuant to Local Rule 7-3 and 7-5 in support of the Armistice Defendants' Motion *in Limine* No. 1 to Exclude Evidence of the July 25, 2020 *New York Times* Article and Government Social Media Post for the Truth of the Matters Asserted Therein.

3. A true and correct copy of the July 25, 2020 *New York Times* Article entitled "Corporate Insiders Pocket $1 Billion in Rush for Coronavirus Vaccine" is attached hereto as **Exhibit A**.

4. A true and correct copy of a July 25, 2020 Twitter post from a Twitter account called @SpoxHHS is attached hereto as **Exhibit B**.

5. A true and correct copy of an excerpt from the deposition transcript of Tanima Sinha is attached hereto as **Exhibit C**.

I declare under penalty of perjury and the laws of the United States of America and of the State of California that the foregoing is true and correct. This declaration was executed on September 16, 2025 in Los Angeles, California.

*/s/ Joshua A. Rubin*
Joshua A. Rubin