Steve W. Berman (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
reed@hbsslaw.com
lucasg@hbsslaw.com

William C. Fredericks (*pro hac vice*)
Jeffrey P. Jacobson (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 233-6444
wfredericks@scott-scott.com
jjacobson@scott-scott.com

*Class Counsel*

[Additional counsel on signature page]

Neal R. Marder
Joshua A. Rubin
Lillian Rand
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067
Telephone: (310) 229-1000
nmarder@akingump.com
rubinj@akingump.com
lrand@akingump.com

Kaitlin D. Shapiro
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036
(212) 872-1000
kshapiro@akingump.com

Charles F. Connolly
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2001 K St NW
Washington, DC 20006
(202) 887-4000
cconnolly@akingump.com

*Attorneys for Defendants Armistice Capital LLC, Armistice Capital Master Fund Ltd., Steven J. Boyd, and Keith Maher, M.D.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re VAXART, INC. SECURITIES LITIGATION | Case No. 3:20-cv-05949-VC <br><br> <u>CLASS ACTION</u> <br><br> Hon. Vince Chhabria |
| *This Document Relates to:* <br>    *ALL ACTIONS* | **JOINT CASE MANAGEMENT STATEMENT** |

# JOINT CASE MANAGEMENT STATEMENT

Plaintiffs-Class Representatives Langdon Elliott, Wei Huang, and Ani Hovhannisyan, as well as Defendants Armistice Capital, LLC ("Armistice Capital"), Armistice Master Fund, Ltd. ("Master Fund"), Steven J. Boyd, and Keith Maher, jointly submit the following Joint Case Management Statement in advance of the November 7, 2025 Further Case Management Conference, pursuant to this Court's October 20, 2025 Minute Entry Order (ECF No. 590).

## I.    JURISDICTION AND VENUE

This Court retains subject matter jurisdiction over this action pursuant to Section 27 of the Exchange Act (15 U.S.C. § 78aa) and 28 U.S.C. § 1331.

Venue is proper in this District pursuant to 15 U.S.C. § 78aa and 28 U.S.C. § 1391(b) and (c). At all relevant times, Vaxart, Inc. was headquartered and conducted business in this District at 385 Oyster Point Boulevard, Suite 9A, South San Francisco, California 94080. In addition, many of the acts alleged in the operative complaint, including the alleged preparation and dissemination of allegedly materially false and misleading information, substantially occurred in this District.

## II.   FACTS AND PROCEDURAL HISTORY

This is a class action case brought by investors alleging improper insider trading in the shares of a biotech company called Vaxart. The Defendants are: Boyd, a hedge fund manager; Armistice Capital, the fund management company that Boyd owns; Maher, an employee of Armistice Capital; and the Master Fund, the hedge fund whose investments are managed by Armistice Capital.

**Factual Background.** For a brief summary of this case and the Parties' positions, the Parties incorporate the remainder of their Joint Proposed Statement of the Case (ECF No. 570) by reference.

**Recent Procedural History.** On October 17, 2025, the Court held a then-final pretrial conference ("FPTC") for a trial then-scheduled to begin on November 3, 2025. At the FPTC, the Court heard argument as to several of the parties' pending motions, including expert-related motions and motions in limine. During this discussion, the Court and parties also raised the possibility that certain disputed issues (e.g., spoliation instructions, spoliation facts, the

admissibility of certain disputed evidence) could be resolved by the parties via stipulations.

Towards the conclusion of the FPTC, the parties agreed that the November 3 trial should be adjourned so that Plaintiffs could issue a supplemental class notice, which (i) defines the specific length of the "contemporaneous trading period" for the certified Class's Section 20A insider trading claims and (ii) provides class members with another opportunity to opt out. The Court thus adjourned the November 3 trial and scheduled a case management conference for November 7, 2025.

### III.  CURRENT LEGAL ISSUES TO BE DECIDED

#### A.  The Duration of the Section 20A Contemporaneous Trading Period

The parties have submitted briefing on this issue. *See* ECF Nos. 578, 583.

Plaintiffs represent that they have begun to draft a supplemental class notice addressing this issue. Once the Court issues its ruling, Plaintiffs will finalize their draft supplemental class notice, seek Defendants' input, and then seek leave of Court to issue the notice. Once issued, putative members of the Section 20A Subclass shall have approximately 53 days (the amount of time Class members were granted at the initial class notice stage, *see* ECF No. 540-1) to file a request for exclusion from the Subclass.

Plaintiffs estimate that, should the Court issue a ruling on the contemporaneous trading period in November, the Subclass notice and opt-out process should be resolved prior to the potential new 2026 trial dates.

#### B.  Draft Jury Instructions Regarding Defendants' Spoliation

The parties have submitted a joint proposed jury instruction on spoliation. ECF No. 594. No further action need be taken by the Court or parties at this time on this issue.

#### C.  Stipulation Regarding Spoliation Facts and Witnesses

The parties have been conferring about potential stipulations on spoliation facts and phone records that may obviate the need to call certain spoliation-document custodians at trial and may expedite trial discussion of spoliation topics. Those negotiations remain ongoing. The parties will provide an update on the status of those discussions at the November 7, 2025 conference.

The parties intend to file today further notices to the Court containing their most recent,

respective proposed stipulations in order to show the extent of potential overlap and disagreement as of today's date.

### D. Additional Testimony from Dr. Kessler Regarding Attwill's Capabilities

The parties have submitted their respective briefs and appear to agree that, based on their expectations of what the trial record will be, there should be no need for Dr. Kessler to offer testimony on Attwill's tableting abilities or regulatory compliance. *See* ECF Nos. 595 (reserving rights), 599.

### E. Remaining Motions in Limine

At the FPTC, the Court provided guidance on several motion in limine topics, but as of the date of this filing, the Court has yet to issue a formal ruling.

### F. Setting New Trial Date

As conveyed via email earlier this week, the Parties request a new trial date starting on April 13, 2026, if it is available, with jury exclusion and selection taking place on Thursday, April 9 and Friday, April 10, respectively. The parties are otherwise collectively available for trial from April 13 – May 19, 2026.[1]

## IV. OTHER PRETRIAL MATTERS

The parties report that, for the new trial date, the following mandatory re-trial items remain to be filed (or refiled) with the Court:

- Renewed transcript orders           14 days before new trial date
- Courtroom technology motion         14 days before new trial date
- Deposition designations[2]          7 days before new trial date
- Involved individuals list           7 days before new trial date
- Paper Exhibits (and flash drive)    5 days before new trial date

---

[1] The Parties have also been communicating with counsel for third-party fact witnesses who will be testifying live. Based on those discussions, the Parties report that third-party witnesses would be available for a trial starting on April 13, 2026. The Parties will update the Court prior to the November 7 case management conference if they learn of any witness unavailability that might impact their proposed trial date.

[2] The Parties may agree to earlier exchange deadlines.

DATED: October 31, 2025

Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

*/s/ Reed R. Kathrein*
Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
reed@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

Raffi Melanson (*pro hac vice*)
1 Faneuil Hall Sq., 5th Floor
Boston, MA 02109
Telephone: (617) 475-1978
raffim@hbsslaw.com

*Class Counsel*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
William C. Fredericks (*pro hac vice*)
Jeffrey P. Jacobson (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 233-6444
wfredericks@scott-scott.com
jjacobson@scott-scott.com

                                                Jimmy S. McBirney (259830)
                                                John T. Jasnoch (281605)
                                                600 W. Broadway, Suite 3300
                                                San Diego, CA 92101
                                                Telephone: (619) 233-4565
                                                jmcbirney@scott-scott.com
                                                jjasnoch@scott-scott.com

Jessica M. Casey (*pro hac vice*)
156 S. Main Street
Colchester, CT 06415
Telephone: (860) 537-5537
jcasey@scott-scott.com

*Class Counsel*

DATED: October 31, 2025     Respectfully submitted,

**AKIN GUMP STRAUSS HAUER & FELD LLP**

*/s/ Neal R. Marder*
Neal R. Marder
Joshua A. Rubin
Lillian Rand
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067
Telephone: (310) 229-1000
nmarder@akingump.com
rubinj@akingump.com
lrand@akingump.com

Kaitlin D. Shapiro
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036
(212) 872-1000
kshapiro@akingump.com

Charles F. Connolly
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2001 K St NW
Washington, DC 20006
(202) 887-4000
cconnolly@akingump.com

*Attorneys for Defendants Armistice Capital LLC, Armistice Capital Master Fund, Ltd., Steven J. Boyd, and Keith Maher, M.D.*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Reed R. Kathrein, am the ECF User whose identification and password are being used to file the foregoing document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

DATED: October 31, 2025                             */s/ Reed R. Kathrein*
                                                                    Reed R. Kathrein