**AKIN GUMP STRAUSS HAUER & FELD LLP**
JOSHUA A. RUBIN (SBN 308421)
LILLIAN RAND (SBN 341581)
1999 Avenue of the Stars, Suite 600
Los Angeles, California 90067
Telephone: (310) 728-3282
Email: rubinj@akingump.com
           lrand@akingump.com

CHARLES F. CONNOLLY (*pro hac vice*)
STACEY H. MITCHELL (*pro hac vice*)
STEPHANIE ONDROF (*pro hac vice*)
2001 K Street N.W.
Washington, DC 20006
Telephone: (202) 887-4070
Email: cconnolly@akingump.com
           shmitchell@akingump.com
           sondrof@akingump.com

KAITLIN D. SHAPIRO (*pro hac vice*)
DAVID M. GILLER (*pro hac vice*)
One Bryant Park, 44th Floor
New York, NY 10036
Telephone: (212) 872-8096
Email: kshapiro@akingump.com
           dgiller@akingump.com

Attorneys for Defendants ARMISTICE CAPITAL,
LLC, ARMISTICE MASTER FUND, LTD,
STEVEN J. BOYD, and KEITH MAHER, M.D.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re VAXART, INC. SECURITIES LITIGATION<br><br>_____<br><br>This Document Relates to:<br>    ALL ACTIONS | Lead Case No. 3:20-cv-05949-VC<br><br>District Judge: Hon. Vince Chhabria<br><br>CLASS ACTION<br><br>**JOINT STATEMENT REGARDING THE PARTIES' PROPOSED VERDICT FORMS** |

Pursuant to this Court's directive at the March 24, 2026 Final Pretrial Conference, Defendants Armistice Capital, LLC, Armistice Capital Master Fund Ltd., Steven J. Boyd, and Keith Maher (collectively "Armistice Defendants" or "Armistice") and Plaintiffs-Class Representatives Langdon Elliott, Wei Huang, and Ani Hovhannisyan ("Plaintiffs") have conferred regarding proposed updated language for the portions of the jury verdict form relevant to allocation of proportionate liability and settlement offset, in an effort to stipulate to those sections.

At this time, the parties have not yet reached an agreement.  Discussions remain ongoing, and the parties will promptly update the Court regarding any agreed upon language or remaining disputes.

Respectfully submitted,

Dated: March 26, 2026

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By:   */s/ Charles F. Connolly*
Charles F. Connolly

*Attorneys for ARMISTICE CAPITAL, LLC, ARMISTICE CAPITAL MASTER FUND, LTD., STEVEN J. BOYD and KEITH MAHER, M.D.*

1