UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE: Vince Chhabria

Case No. 3:20-cv-05949-VC

CASE NAME: In re Vaxart, Inc. Securities Litigation

## NOTE FROM THE JURY

Note No. _____1_____

Date _____4/27/26_____

Time _____3:17 pm_____

1.      The Jury has reached a unanimous verdict ( )

        or

2.      The Jury has the following question:

Do we need to be unanimous on question #1
if we are unanimous on question #2 and #5?

_____
Foreperson of the Jury